GEORGE P. KELESIS, ESQ.
Nevada State Bar No. 000069
BAILUS COOK & KELESIS, LTD.
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: law@bckltd.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

|  |  |
|---|---|
| DESERT VALLEY PAINTING & DRYWALL, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR REFUND OF INTERNAL REVENUE TAXES;**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW, DESERT VALLEY PAINTING & DRYWALL, INC. ("Plaintiff"), by and through its attorneys, BAILUS COOK & KELESIS, LTD., and hereby alleges as follows:

1.     This is an action for the recovery of federal payroll tax and interest erroneously, illegally, or improperly assessed and collected from the Plaintiff.  Subject matter jurisdiction is proper pursuant to the provisions of Title 28, United States Code §1346(a)(1) and Title 26, United States Code §7422.

2.     Plaintiff is a corporate entity, organized in the United States, under the laws of the State of Nevada and doing business in Clark County, Nevada.

3.     The defendant is THE UNITED STATES OF AMERICA ("Defendant").

4.     Recovery is sought of federal payroll tax for the tax quarters beginning January 1, 2004 through December 31, 2006.  Plaintiff filed a Employer's Quarterly Federal Tax Return (Form 941) for each quarter at issue with the Internal Revenue Service.

**FACTS COMMON TO ALL CLAIMS**

5.      Plaintiff, a Nevada Licensed contractor of drywall services, entered into a contractual agreement with Centennial Drywall Systems, Inc. ("CDSI"), also a Nevada licensed contractor, for worker services to be provided by CDSI (the "Centennial/CDSI Contract").

6.      The workers provided to Plaintiff under the Centennial/CDSI Contract were bound to CDSI pursuant to separate written agreement.

7.      Plaintiff paid all funds due under the Centennial/CDSI Contract directly to and only to CDSI. Plaintiff made no payment to any individual engaged by CDSI.

8.      CDSI treated its workers as independent contractors pursuant to a worker classification letter from the Internal Revenue Service (the "Worker Classification Letter") that had been issued over a decade ago and served as the industry-wide standard for drywall contractors.

9.      From January 2004 through December 2006 Plaintiff made timely payroll tax deposits for its employees, and filed the required quarterly Form 941 with the Internal Revenue Service Center in Ogden, Utah. The tax deposits made and the payroll amounts reflected on the Forms 941 did not include amounts paid under the Centennial/CDSI Contract, as the workers provided pursuant to that contract were under separate agreement with CDSI and, pursuant to the Worker Classification Letter, were treated by CDSI as independent contractors.

10.      In or about July, 2007 the Internal Revenue Service sent Plaintiff correspondence advising of a proposed changes to the company's employment tax based on a proposed worker classification determination for tax quarters beginning January 1, 2004 through December 31, 2006.

11. Plaintiff is informed and believes that the Internal Revenue Service attempted to collect payroll taxes from CDSI but was unsuccessful. As a result, the Internal Revenue Service ignored its prior determination and pursued the taxes from Plaintiff and numerous other drywall contractors.

12.      Plaintiff disputed any reclassification of the CDSI workers.

1    13.    On or about December 18, 2008, the Internal Revenue Service sent a Notice of

2  Determination of Worker Classification (the "Notice of Determination"), erroneously finding that

3  the CDSI drywall installers are "individually unidentifiable" and that Plaintiff was their

4  employer, despite the fact that the workers were under separate agreement with CDSI, and in

5  contravention to the Worker Classification Letter previously issued to CDSI.

6    14.    The Internal Revenue Service further refused to recognize or grant relief under

7  Section 530(a) to Plaintiff pursuant to its own prior determination for CDSI.

8    15.    On or about June 8, 2009, the Internal Revenue Service sent Plaintiff Statements

9  of Adjustment to Account for tax quarters beginning January 1, 2004 through December 31,

10  2006, claiming additional taxes and interest were owed for each tax quarter, based on its

11  erroneous determinations of the CDSI workers' status.

12    16.    On or about June 25, 2009, Plaintiff sent payment of taxes that had been assessed

13  for each tax quarters at issue.

14    17.    On or about July 14, 2009 Plaintiff filed with the Internal Revenue Service at

15  Ogden, Utah, Forms 941X, *Adjusted Employer's Quarterly Federal Tax Return or Claim for*

16  *Refund* for each tax quarter beginning January 1, 2004 through December 31, 2006, requesting

17  abatement of the employment taxes assessed ("Forms 941X"), and refund of the partial payment

18  made. The legal and factual statements in those Forms 941X, copies of which are attached

19  hereto as Exhibit A, are incorporated herein.

20    18.    Plaintiff is informed and believes that a period of six (6) months has expired since

21  the filing of the Forms 941X, and the IRS has not rejected, accepted, or responded to the Forms

22  941X.

23                                    **FIRST CLAIM FOR RELIEF**

24    19.    Plaintiff restates and realleges paragraphs 1 through 18 of this Complaint as

25  though fully set forth herein.

26    20.    On or about June 8, 2009 the Internal Revenue Service assessed against Plaintiff

27  additional employment taxes in the amount of $28,842.00 and interest in the amount of

28  $11,111.56 for the tax period ending March 31, 2004.

1   21.    The taxes and interest were assessed based on the Internal Revenue Service's

2   erroneous determinations of the CDSI workers' status.

3   22.    The action of the Defendant, through its agents, in assessing and collecting the

4   taxes referred above, was improper, illegal and erroneous; the employment taxes and related

5   penalties and interest should be abated.

6   23.    Plaintiff has overpaid employment taxes for the tax period ending March 31, 2004

7   in the amount of $250.00, and is entitled to a refund of that amount.

8                               **SECOND CLAIM FOR RELIEF**

9   24.    Plaintiff restates and realleges paragraphs 1 through 23 of this Complaint as

10  though fully set forth herein.

11  25.    On or about June 8, 2009 the Internal Revenue Service assessed against Plaintiff

12  additional employment taxes in the amount of $38,797.00 and interest in the amount of

13  $14,320.58 for the tax period ending June 30, 2004.

14  26.    The taxes and interest were assessed based on the Internal Revenue Service's

15  erroneous determinations of the CDSI workers' status.

16  27.    The action of the Defendant, through its agents, in assessing and collecting the

17  taxes referred above, was improper, illegal and erroneous; the employment taxes and related

18  penalties and interest should be abated.

19  28.    Plaintiff has overpaid employment taxes for the tax period ending June 30, 2004

20  in the amount of $250.00, and is entitled to a refund of that amount.

21                               **THIRD CLAIM FOR RELIEF**

22  29. Plaintiff restates and realleges paragraphs 1 through 16 of this Complaint as

23  though fully set forth herein.

24  30.    On or about June 8, 2009 the Internal Revenue Service assessed against Plaintiff

25  additional employment taxes in the amount of $55,618.00 and interest in the amount of

26  $19,703.89 for the tax period ending September 30, 2004.

27  31.    The taxes and interest were assessed based on the Internal Revenue Service's

28  erroneous determinations of the CDSI workers' status.

1       32.    The action of the Defendant, through its agents, in assessing and collecting the

2  taxes referred above, was improper, illegal and erroneous; the employment taxes and related

3  penalties and interest should be abated.

4       33.    Plaintiff has overpaid employment taxes for the tax period ending September 30,

5  2004 in the amount of $250.00, and is entitled to a refund of that amount.

6                    **FOURTH CLAIM FOR RELIEF**

7       34. Plaintiff restates and realleges paragraphs 1 through 33 of this Complaint as

8  though fully set forth herein.

9       35.    On or about June 1, 2009 the Internal Revenue Service assessed against Plaintiff

10  additional employment taxes in the amount of $42,515.00 and interest in the amount of

11  $14,336.31 for the tax period ending December 31, 2004.

12       36.    The taxes and interest were assessed based on the Internal Revenue Service's

13  erroneous determinations of the CDSI workers' status.

14       37.    The action of the Defendant, through its agents, in assessing and collecting the

15  taxes referred above, was improper, illegal and erroneous; the employment taxes and related

16  penalties and interest should be abated.

17       38.    Plaintiff has overpaid employment taxes for the tax period ending December 31,

18  2004 in the amount of $250.00, and is entitled to a refund of that amount.

19                    **FIFTH CLAIM FOR RELIEF**

20       39. Plaintiff restates and realleges paragraphs 1 through 38 of this Complaint as

21  though fully set forth herein.

22       40.    On or about June 1, 2009 the Internal Revenue Service assessed against Plaintiff

23  additional employment taxes in the amount of $158,827.70 and interest in the amount of

24  $50,672.57 for the tax period ending March 31, 2005.

25       41.    The taxes and interest were assessed based on the Internal Revenue Service's

26  erroneous determinations of the CDSI workers' status.

27

28

1    42.    The action of the Defendant, through its agents, in assessing and collecting the

2    taxes referred above, was improper, illegal and erroneous; the employment taxes and related

3    penalties and interest should be abated.

4    43.    Plaintiff has overpaid employment taxes for the tax period ending March 31, 2005

5    in the amount of $250.00, and is entitled to a refund of that amount.

6                              **SIXTH CLAIM FOR RELIEF**

7    44. Plaintiff restates and realleges paragraphs 1 through 43 of this Complaint as

8    though fully set forth herein.

9    45.    On or about June 1, 2009 the Internal Revenue Service assessed against Plaintiff

10   additional employment taxes in the amount of $196,538.55 and interest in the amount of

11   $58,813.12 for the tax period ending June 30, 2005.

12   46.    The taxes and interest were assessed based on the Internal Revenue Service's

13   erroneous determinations of the CDSI workers' status.

14   47.    The action of the Defendant, through its agents, in assessing and collecting the

15   taxes referred above, was improper, illegal and erroneous; the employment taxes and related

16   penalties and interest should be abated.

17   48.    Plaintiff has overpaid employment taxes for the tax period ending June 30, 2005

18   in the amount of $250.00, and is entitled to a refund of that amount.

19                            **SEVENTH CLAIM FOR RELIEF**

20   49. Plaintiff restates and realleges paragraphs 1 through 48 of this Complaint as

21   though fully set forth herein.

22   50.    On or about June 1, 2009 the Internal Revenue Service assessed against Plaintiff

23   additional employment taxes in the amount of $213,405.60 and interest in the amount of

24   $59,467.40 for the tax period ending September 30, 2005.

25   51.    The taxes and interest were assessed based on the Internal Revenue Service's

26   erroneous determinations of the CDSI workers' status.

27

28

1       52.    The action of the Defendant, through its agents, in assessing and collecting the

2  taxes referred above, was improper, illegal and erroneous; the employment taxes and related

3  penalties and interest should be abated.

4       53.    Plaintiff has overpaid employment taxes for the tax period ending September 30,

5  2005 in the amount of $250.00, and is entitled to a refund of that amount.

6                            **EIGHTH CLAIM FOR RELIEF**

7       54. Plaintiff restates and realleges paragraphs 1 through 53 of this Complaint as

8  though fully set forth herein.

9       55.    On or about June 1, 2009 the Internal Revenue Service assessed against Plaintiff

10  additional employment taxes in the amount of $232,818.02 and interest in the amount of

11  $59,670.92 for the tax period ending December 31, 2005.

12       56.    The taxes and interest were assessed based on the Internal Revenue Service's

13  erroneous determinations of the CDSI workers' status.

14       57.    The action of the Defendant, through its agents, in assessing and collecting the

15  taxes referred above, was improper, illegal and erroneous; the employment taxes and related

16  penalties and interest should be abated.

17       58.    Plaintiff has overpaid employment taxes for the tax period ending December 31,

18  2005 in the amount of $250.00, and is entitled to a refund of that amount.

19                            **NINTH CLAIM FOR RELIEF**

20       59. Plaintiff restates and realleges paragraphs 1 through 58 of this Complaint as

21  though fully set forth herein.

22       60.    On or about June 1, 2009 the Internal Revenue Service assessed against Plaintiff

23  additional employment taxes in the amount of $286,317.56 and interest in the amount of

24  $67,291.75 for the tax period ending March 31, 2006.

25       61.    The taxes and interest were assessed based on the Internal Revenue Service's

26  erroneous determinations of the CDSI workers' status.

27

28

1    62.    The action of the Defendant, through its agents, in assessing and collecting the

2    taxes referred above, was improper, illegal and erroneous; the employment taxes and related

3    penalties and interest should be abated.

4    63.    Plaintiff has overpaid employment taxes for the tax period ending March 31, 2006

5    in the amount of $250.00, and is entitled to a refund of that amount.

6    **TENTH CLAIM FOR RELIEF**

7    64. Plaintiff restates and realleges paragraphs 1 through 63 of this Complaint as

8    though fully set forth herein.

9    65.    On or about June 1, 2009 the Internal Revenue Service assessed against Plaintiff

10    additional employment taxes in the amount of $261,683.47 and interest in the amount of

11    $55,584.64 for the tax period ending June 30, 2006.

12    66.    The taxes and interest were assessed based on the Internal Revenue Service's

13    erroneous determinations of the CDSI workers' status.

14    67.    The action of the Defendant, through its agents, in assessing and collecting the

15    taxes referred above, was improper, illegal and erroneous; the employment taxes and related

16    penalties and interest should be abated.

17    68.    Plaintiff has overpaid employment taxes for the tax period ending June 30, 2006

18    in the amount of $250.00, and is entitled to a refund of that amount.

19    **ELEVENTH CLAIM FOR RELIEF**

20    69. Plaintiff restates and realleges paragraphs 1 through 68 of this Complaint as

21    though fully set forth herein.

22    70.    On or about June 1, 2009 the Internal Revenue Service assessed against Plaintiff

23    additional employment taxes in the amount of $236,937.70 and interest in the amount of

24    $44,592.22 for the tax period ending September 30, 2006.

25    71.    The taxes and interest were assessed based on the Internal Revenue Service's

26    erroneous determinations of the CDSI workers' status.

27

28

72. The action of the Defendant, through its agents, in assessing and collecting the taxes referred above, was improper, illegal and erroneous; the employment taxes and related penalties and interest should be abated.

73. Plaintiff has overpaid employment taxes for the tax period ending September 30, 2006 in the amount of $250.00, and is entitled to a refund of that amount.

## TWELFTH CLAIM FOR RELIEF

74. Plaintiff restates and realleges paragraphs 1 through 73 of this Complaint as though fully set forth herein.

75. On or about June 1, 2009 the Internal Revenue Service assessed against Plaintiff additional employment taxes in the amount of $128,346.32 and interest in the amount of $20,739.20 for the tax period ending December 31, 2006.

76. The taxes and interest were assessed based on the Internal Revenue Service's erroneous determinations of the CDSI workers' status.

77. The action of the Defendant, through its agents, in assessing and collecting the taxes referred above, was improper, illegal and erroneous; the employment taxes and related penalties and interest should be abated.

78. Plaintiff has overpaid employment taxes for the tax period ending December 31, 2006 in the amount of $250.00, and is entitled to a refund of that amount.

WHEREFORE, Plaintiff prays that judgment be entered in its favor as follows:

1. For abatement of the employment taxes, penalties, and interest assessed for tax quarters beginning January 1, 2004 through December 31, 2006;

2. For a refund in the amount of $3,000.00 for tax quarters beginning January 1, 2004 through December 31, 2006, together with interest as provided by law;

3. For reasonable attorneys' fees;

4. For costs of suit herein.

5. For such other and further relief as the Court may deem just and proper.

1

**JURY DEMAND**

2

Plaintiff hereby requests a trial by jury of all claims in this matter.

3

DATED this _____8th_____ day of ~~March~~ April, 2010.

4

BAILUS COOK & KELESIS, LTD.

5

6

By: _____

7

GEORGE P. KELESIS, ESQ.

8

Nevada Bar No. 000069
400 South Fourth Street, Suite 300

9

Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

Form **941-X:** **Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund**
(Rev. June 2009)                     Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

| (EIN) Employer identification number   88-0244843 |
|---|

Name *(not your trade name)* DESERT VALLEY PAINTING & DRYWALL INC.

Trade name *(if any)*

Address   3445 W LAKE MEAD BLVD.   —   SUITE 100
      Number     Street           Suite or room number

      NORTH LAS VEGAS         NV    89032-5221
      City             State    ZIP code

Use this form to correct errors you made on Form 941 or 941-SS for **one quarter only.**
Type or print within the boxes. You MUST complete all three pages. Read the
instructions before completing this form. Do not attach this form to Form 941 or 941-SS.

**Return You Are Correcting ...**
Check the type of return you are correcting:

[X] **941**

[ ] **941-SS**

Check the ONE quarter you are correcting:

[X] **1:** January, February, March

[ ] **2:** April, May, June

[ ] **3:** July, August, September

[ ] **4:** October, November, December

Enter the calendar year of the quarter you are correcting:

2004   (YYYY)

**Enter the date you discovered errors:**

12/18/2008
(MM / DD / YYYY)

---

### Part 1: Select ONLY one process.

[ ] **1. Adjusted employment tax return.** Check this box if you underreported amounts. Also check this box if you overreported amounts and you would like to use the adjustment process to correct the errors. You must check this box if you are correcting both underreported and overreported amounts on this form. The amount shown on line 18, if less than 0, may only be applied as a credit to your Form 941, Form 941-SS, Form 944, or Form 944-SS for the tax period in which you are filing this form.

[X] **2. Claim.** Check this box if you overreported amounts only and you would like to use the claim process to ask for a refund or abatement of the amount shown on line 18. Do not check this box if you are correcting ANY underreported amounts on this form.

---

### Part 2: Complete the certifications.

[X] **3.** I certify that I have filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement, as required.

*Note.* If you are correcting underreported amounts only, go to Part 3 on page 2 and skip lines 4 and 5.

**4.** If you checked line 1 because you are adjusting overreported amounts, check all that apply. You must check at least one box. I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected federal income tax for the current year and the overcollected social security and Medicare tax for current and prior years. For adjustments of employee social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** The adjustment of social security tax and Medicare tax is for the employer's share only. I could not find the affected employees or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **c.** The adjustment is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

**5.** If you checked line 2 because you are claiming a refund or abatement of overreported employment taxes, check all that apply. You must check at least one box. I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected social security and Medicare tax. For claims of employee social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security and Medicare tax. For refunds of employee social security and Medicare tax overcollected in prior years, I also have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **c.** The claim for social security tax and Medicare tax is for the employer's share only. I could not find the affected employees; or each employee did not give me a written consent to file a claim for the employee's share of social security and Medicare tax; or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[X] **d.** The claim is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

Next ➡

---

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.                     Form **941-X** (Rev. 6-2009)

ISA

| Name *(not your trade name)* | Employer identification number (EIN) | Correcting quarter  1  (1, 2, 3, 4) |
|---|---|---|
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | Correcting calendar year (YYYY)  2004 |

**Part 3: Enter the corrections for this quarter. If any line does not apply, leave it blank.**

|  | | Column 1 | | Column 2 | | Column 3 | Column 4 |
|---|---|---|---|---|---|---|---|
|  | | Total corrected amount (for ALL employees) | − | Amount originally reported or as previously corrected (for ALL employees) | = | Difference (If this amount is a negative number, use a minus sign.) | Tax correction |
| 6. | Wages, tips and other compensation (from line 2 of Form 941) | 31,215.18 | − | 31,215.18 | = | 0.00 | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. |
| 7. | Income tax withheld from wages, tips, and other compensation (from line 3 of Form 941) | 2,047.70 | − | 2,047.70 | = | 0.00 | Copy Column 3 here ▸  0.00 |
| 8. | Taxable social security wages (from line 5a, Column 1 of Form 941 or Form 941-SS) | 31,215.18 | − | 31,215.18 | = | 0.00  *If you are correcting your employer share only, use .062. See instructions. | × .124* = . |
| 9. | Taxable social security tips (from line 5b, Column 1 of Form 941 or Form 941-SS) | . | − | . | = |  *If you are correcting your employer share only, use .062. See instructions. | × .124* = . |
| 10. | Taxable Medicare wages and tips (from line 5c, Column 1 of Form 941 or Form 941-SS) | 31,215.18 | − | 31,215.18 | = | 0.00  *If you are correcting your employer share only, use .0145. See instructions. | × .029* = . |
| 11. | Tax adjustments (from lines 7a through 7c of Form 941 or Form 941-SS) | . | − | . | = |  | Copy Column 3 here ▸  . |
| 12. | Special addition to wages for federal income tax | 0.00 | − | 270,054.27 | = | (270,054.27) | See instructions  (4,051.00) |
| 13. | Special addition to wages for social security taxes | 0.00 | − | 270,054.27 | = | (270,054.27) | See instructions  20,092.00 |
| 14. | Special addition to wages for Medicare taxes | 0.00 | − | 270,054.27 | = | (270,054.27) | See instructions  (4,699.00) |
| 15. | Combine the amounts on lines 7–14 of Column 4  . . . . . . . . . . | | | | | | 28,842.00 |
| 16. | Advance earned income credit (EIC) payments made to employees (from Form 941, line 9) | . | − |  | = |  | See instructions  . |
| 17a. | COBRA premium assistance payments (from line 12a of Form 941 or 941-SS) | . | − |  | = |  | See instructions  . |
| 17b. | Number of individuals provided COBRA premium assistance (from line 12b of Form 941 or 941-SS) |  | − |  | = |  |  |
| 18. | Total. Combine the amounts in lines 15, 16, and 17a of Column 4  . . . | | | | | | 28,842.00 |

**If line 18 is less than 0:**

● If you checked line 1, this is the amount you want applied as a credit to your Form 941 or Form 941-SS for the tax period in which you are filing this form. (If you are currently filing a Form 944 or Form 944-SS, Employer's ANNUAL Federal Tax Return, see the instructions.)

● If you checked line 2, this is the amount you want refunded or abated.

**If line 18 is more than 0, this is the amount you owe.** Pay this amount when you file this return. For information on how to pay, see *Amount You Owe* in the instructions.

Next ➡

Form **941-X** (Rev. 8-2009)

| Name *(not your trade name)* | Employer identification number (EIN) | Correcting quarter   1   (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2004 |

**Part 4: Explain your corrections for this quarter.**

☐ **19.** Check here if any corrections you entered on a line include both underreported and overreported amounts. Explain both your underreported and overreported amounts on line 21.

☒ **20.** Check here if any corrections involve reclassified workers. Explain on line 21.

**21.** You must give us a detailed explanation of how you determined your corrections. See the instructions.

> SEE ATTACHED STATEMENT!!

**Part 5: Sign here. You must complete all three pages of this form and sign it.**

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Sign your name here** *Fadi Zachary*

**Date** 7-11-09

| Print your name here | JODI ZACHARY |
|---|---|
| Print your title here | PRESIDENT |
| Best daytime phone | (702) 491-0647 |

**Paid preparer's use only**    Check if you are self-employed . . . . . . . ☐

| Preparer's name | GERALD ANDREWS | Preparer's SSN/PTIN | P00561658 |
|---|---|---|---|
| Preparer's signature | *(signature)* | Date | 7-7-09 |
| Firm's name (or yours if self-employed) | BERT PURDY & ASSOCIATES | EIN | 88-0483015 |
| Address | 2300 SOUTH JONES BLVD. | Phone | (702) 873-8340 |
| City | LAS VEGAS | State NV | ZIP code | 89146 |

Form **941-X** (Rev. 6-2009)

Attachment to Form 941-X
**DESERT VALLEY PAINTING & DRYWALL INC.**

**Taxpayer hereby requests the abatement of employment taxes (shown in Line 18 on Page 2 of this return), related penalties and interest, and the refund of the $250 paid against such taxes.**

The government has erroneously determined that the taxpayer is the employer of certain workers (drywall installers) that are *'individually unidentifiable'*, according to the IRS Notice of Worker Classification.   Further, the government has erroneously determined that the taxpayer is not entitled to relief from employment taxes under Section 530(a) of the Revenue Act of 1978.

In brief, the taxpayer (a Nevada licensed contractor) entered into a contractual agreement with Centennial Drywall Systems, Inc. (CDSI), also a Nevada licensed contractor, for services to be rendered by CDSI.   The taxpayer paid funds due under the contract directly to and only to CDSI.   Taxpayer did not make any payment to any individual engaged by CDSI, probably why the government cannot identify any individual.

CDSI treated its workers as independent contractors pursuant to a worker classification letter from the IRS.   The workers / independent contractors were bound to CDSI pursuant to written agreement.   This determination letter of CDSI was issued over a decade ago and was the industry-wide standard for drywall contractors.   Apparently unable to reverse its own decision with respect to the workers of CDSI, the government is reneging on its own determination for this industry by pursuing those that contracted with CDSI.

Thus, the government has erroneously determined that the workers of CDSI, bound to CDSI by contract, are employees of the subject taxpayer.   Further, the government refuses to recognize or grant relief under Section 530(a) to members of the drywall contractor industry pursuant to its own prior determination for CDSI.

In summary, this taxpayer is not an employer with respect to the contractual payments to CDSI and would be entitled to Section 530 relief in any event.

Form **941-X:** **Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund**
(Rev. June 2009)                Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

| (EIN) Employer identification number | 88-0244843 |
|---|---|

Name *(not your trade name)* DESERT VALLEY PAINTING & DRYWALL INC.

Trade name *(if any)*

Address  3445 W LAKE MEAD BLVD.  —  SUITE 100
Number        Street                        Suite or room number

NORTH LAS VEGAS            NV        89032-5221
City                                State      ZIP code

Use this form to correct errors you made on Form 941 or 941-SS for **one quarter only.**
Type or print within the boxes. You MUST complete all three pages. Read the
instructions before completing this form. Do not attach this form to Form 941 or 941-SS.

**Return You Are Correcting ...**

Check the type of return you are correcting:

[X] **941**

[ ] **941-SS**

Check the ONE quarter you are correcting:

[ ] **1:** January, February, March

[X] **2:** April, May, June

[ ] **3:** July, August, September

[ ] **4:** October, November, December

Enter the calendar year of the quarter you are correcting:

2004   (YYYY)

Enter the date you discovered errors:

12/18/2008
(MM / DD / YYYY)

### Part 1: Select ONLY one process.

[ ] **1. Adjusted employment tax return.** Check this box if you underreported amounts. Also check this box if you overreported amounts and you would like to use the adjustment process to correct the errors. You must check this box if you are correcting both underreported and overreported amounts on this form. The amount shown on line 18, if less than 0, may only be applied as a credit to your Form 941, Form 941-SS, Form 944, or Form 944-SS for the tax period in which you are filing this form.

[X] **2. Claim.** Check this box if you overreported amounts only and you would like to use the claim process to ask for a refund or abatement of the amount shown on line 18. Do not check this box if you are correcting ANY underreported amounts on this form.

### Part 2: Complete the certifications.

[X] **3.** I certify that I have filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement, as required.

*Note.* If you are correcting underreported amounts only, go to Part 3 on page 2 and skip lines 4 and 5.

**4.** If you checked line 1 because you are **adjusting overreported amounts,** check all that apply. You must check at least one box. I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected federal income tax for the current year and the overcollected social security and Medicare tax for current and prior years. For adjustments of employee social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** The adjustment of social security tax and Medicare tax is for the employer's share only. I could not find the affected employees or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **c.** The adjustment is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

**5.** If you checked line 2 because you are **claiming a refund or abatement** of overreported employment taxes, check all that apply. You must check at least one box. I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected social security and Medicare tax. For claims of employee social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security and Medicare tax. For refunds of employee social security and Medicare tax overcollected in prior years, I also have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **c.** The claim for social security tax and Medicare tax is for the employer's share only. I could not find the affected employees; or each employee did not give me a written consent to file a claim for the employee's share of social security and Medicare tax; or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[X] **d.** The claim is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

Next ▶

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.

Form **941-X** (Rev. 6-2009)

ISA

| Name *(not your trade name)* | Employer identification number (EIN) | Correcting quarter **2** (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2004 |

**Part 3: Enter the corrections for this quarter. If any line does not apply, leave it blank.**

| | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| | **Total corrected amount (for ALL employees)** | **Amount originally reported or as previously corrected = (for ALL employees)** | **Difference (If this amount is a negative number, use a minus sign.)** | **Tax correction** |

6. **Wages, tips and other compensation** (from line 2 of Form 941)
| 15,561.72 | − | 15,561.72 | = | 0.00 | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. |

7. **Income tax withheld from wages, tips, and other compensation** (from line 3 of Form 941)
| 1,849.82 | − | 1,849.82 | = | 0.00 | Copy Column 3 here ▶ | 0.00 |

8. **Taxable social security wages** (from line 5a, Column 1 of Form 941 or 941-SS)
| 15,561.72 | − | 15,561.72 | = | 0.00 | × .124* = | . |
*If you are correcting your employer share only, use .062. See instructions.

9. **Taxable social security tips** (from line 5b, Column 1 of Form 941 or 941-SS)
| . | − | . | = | . | × .124* = | . |
*If you are correcting your employer share only, use .062. See instructions.

10. **Taxable Medicare wages and tips** (from line 5c, Column 1 of Form 941 or 941-SS)
| 15,561.72 | − | 15,561.72 | = | 0.00 | × .029* = | . |
*If you are correcting your employer share only, use .0145. See instructions.

11. **Tax adjustments** (from lines 7a through 7c of Form 941 or Form 941-SS)
| . | − | . | = | . | Copy Column 3 here ▶ | . |

12. **Special addition to wages for federal income tax**
| 0.00 | − | 363,263.54 | = | (363,263.54) | See instructions | (5,449.00) |

13. **Special addition to wages for social security taxes**
| 0.00 | − | 363,263.54 | = | (363,263.54) | See instructions | 27,027.00 |

14. **Special addition to wages for Medicare taxes**
| 0.00 | − | 363,263.54 | = | (363,263.54) | See instructions | (6,321.00) |

15. Combine the amounts on lines 7–14 of Column 4  . . . . . . . . . . . . . . .  | 38,797.00 |

16. **Advance earned income credit (EIC) payments made to employees** (from Form 941, line 9)
| . | − | . | = | . | See instructions | . |

17a. **COBRA premium assistance payments** (from line 12a of Form 941 or 941-SS)
| . | − | . | = | . | See instructions | . |

17b. **Number of individuals provided COBRA premium assistance** (from line 12b of Form 941 or 941-SS)
| . | − | . | = | . | | |

18. **Total.** Combine the amounts in lines 15, 16, and 17a of Column 4  . . . . . . . . . . . . . . .  | 38,797.00 |

**If line 18 is less than 0:**

● If you checked line 1, this is the amount you want applied as a credit to your Form 941 or Form 941-SS for the tax period in which you are filing this form. (If you are currently filing a Form 944 or Form 944-SS, Employer's ANNUAL Federal Tax Return, see the instructions.)

● If you checked line 2, this is the amount you want refunded or abated.

**If line 18 is more than 0, this is the amount you owe.** Pay this amount when you file this return. For information on how to pay, see *Amount You Owe* in the instructions.

Next ▶

Form **941-X** (Rev. 6-2009)

| Name *(not your trade name)* | Employer Identification number (EIN) | Correcting quarter  2  (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2004 |

**Part 4: Explain your corrections for this quarter.**

☐ **19.** **Check here if any corrections you entered on a line include both underreported and overreported amounts.** Explain both your underreported and overreported amounts on line 21.

☒ **20.** **Check here if any corrections involve reclassified workers.** Explain on line 21.

**21.** **You must give us a detailed explanation of how you determined your corrections.** See the instructions.

```
                        SEE ATTACHED STATEMENT!!
```

**Part 5: Sign here. You must complete all three pages of this form and sign it.**

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**X** Sign your name here   *Jodi Zachary*

Print your name here   JODI ZACHARY

Print your title here   PRESIDENT

Date   7-11-09

Best daytime phone   (702) 491-0647

**Paid preparer's use only**   Check if you are self-employed . . . . . . . ☐

| Preparer's name | GERALD ANDREWS | Preparer's SSN/PTIN | P00561658 |
|---|---|---|---|
| Preparer's signature | *Gerald Andrews* | Date | 7-7-09 |
| Firm's name (or yours if self-employed) | BERT PURDY & ASSOCIATES | EIN | 88-0483015 |
| Address | 2300 SOUTH JONES BLVD. | Phone | (702) 873-8340 |
| City | LAS VEGAS   State NV | ZIP code | 89146 |

Attachment to Form 941-X
## DESERT VALLEY PAINTING & DRYWALL INC.

**Taxpayer hereby requests the abatement of employment taxes (shown in Line 18 on Page 2 of this return), related penalties and interest, and the refund of the $250 paid against such taxes.**

The government has erroneously determined that the taxpayer is the employer of certain workers (drywall installers) that are *'individually unidentifiable'*, according to the IRS Notice of Worker Classification.     Further, the government has erroneously determined that the taxpayer is not entitled to relief from employment taxes under Section 530(a) of the Revenue Act of 1978.

In brief, the taxpayer (a Nevada licensed contractor) entered into a contractual agreement with Centennial Drywall Systems, Inc. (CDSI), also a Nevada licensed contractor, for services to be rendered by CDSI.  The taxpayer paid funds due under the contract directly to and only to CDSI.  Taxpayer did not make any payment to any individual engaged by CDSI, probably why the government cannot identify any individual.

CDSI treated its workers as independent contractors pursuant to a worker classification letter from the IRS.  The workers / independent contractors were bound to CDSI pursuant to written agreement.  This determination letter of CDSI was issued over a decade ago and was the industry-wide standard for drywall contractors.  Apparently unable to reverse its own decision with respect to the workers of CDSI, the government is reneging on its own determination for this industry by pursuing those that contracted with CDSI.

Thus, the government has erroneously determined that the workers of CDSI, bound to CDSI by contract, are employees of the subject taxpayer.  Further, the government refuses to recognize or grant relief under Section 530(a) to members of the drywall contractor industry pursuant to its own prior determination for CDSI.

In summary, this taxpayer is not an employer with respect to the contractual payments to CDSI and would be entitled to Section 530 relief in any event.

Form **941-X:**   **Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund**

(Rev. June 2009)                     Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

| (EIN) Employer identification number  88-0244843 |
| --- |

Name *(not your trade name)* DESERT VALLEY PAINTING & DRYWALL INC.

Trade name *(if any)*

Address  3445 W LAKE MEAD BLVD.  —  SUITE 100
         Number        Street                              Suite or room number

NORTH LAS VEGAS                    NV      89032-5221
City                               State   ZIP code

Use this form to correct errors you made on Form 941 or 941-SS for **one quarter only.**
Type or print within the boxes. You MUST complete all three pages. Read the
instructions before completing this form. Do not attach this form to Form 941 or 941-SS.

**Return You Are Correcting ...**

Check the type of return you are correcting:

[X] **941**

[ ] **941-SS**

Check the ONE quarter you are correcting:

[ ] 1: January, February, March

[ ] 2: April, May, June

[X] 3: July, August, September

[ ] 4: October, November, December

Enter the calendar year of the quarter you are correcting:

2004  (YYYY)

**Enter the date you discovered errors:**

12/18/2008
(MM / DD / YYYY)

#### Part 1: Select ONLY one process.

[ ] **1.** **Adjusted employment tax return.** Check this box if you underreported amounts. Also check this box if you overreported amounts and you would like to use the adjustment process to correct the errors. You must check this box if you are correcting both underreported and overreported amounts on this form. The amount shown on line 18, if less than 0, may only be applied as a credit to your Form 941, Form 941-SS, Form 944, or Form 944-SS for the tax period in which you are filing this form.

[X] **2.** **Claim.** Check this box if you overreported amounts only and you would like to use the claim process to ask for a refund or abatement of the amount shown on line 18. Do not check this box if you are correcting ANY underreported amounts on this form.

#### Part 2: Complete the certifications.

[X] **3.** I certify that I have filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement, as required.

*Note.* If you are correcting underreported amounts only, go to Part 3 on page 2 and skip lines 4 and 5.

**4.** If you checked line 1 because you are adjusting overreported amounts, check all that apply. You must check at least one box. I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected federal income tax for the current year and the overcollected social security and Medicare tax for current and prior years. For adjustments of employee social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** The adjustment of social security tax and Medicare tax is for the employer's share only. I could not find the affected employees or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **c.** The adjustment is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

**5.** If you checked line 2 because you are claiming a refund or abatement of overreported employment taxes, check all that apply. You must check at least one box. I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected social security and Medicare tax. For claims of employee social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security and Medicare tax. For refunds of employee social security and Medicare tax overcollected in prior years, I also have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **c.** The claim for social security tax and Medicare tax is for the employer's share only. I could not find the affected employees; or each employee did not give me a written consent to file a claim for the employee's share of social security and Medicare tax; or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[X] **d.** The claim is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

Next ➡

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.                Form **941-X** (Rev. 6-2009)

ISA

| Name *(not your trade name)* | | Employer identification number (EIN) | Correcting quarter  3  (1, 2, 3, 4) |
|---|---|---|---|
| | | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | | 88-0244843 | 2004 |

**Part 3: Enter the corrections for this quarter. If any line does not apply, leave it blank.**

| | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| | Total corrected amount (for ALL employees) — | Amount originally reported or as previously corrected = (for ALL employees) | Difference (If this amount is a negative number, use a minus sign.) | Tax correction |
| 6. Wages, tips and other compensation (from line 2 of Form 941) | 5,987.00 | 5,987.00 | 0.00 | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. |
| 7. Income tax withheld from wages, tips, and other compensation (from line 3 of Form 941) | 250.84 | 250.84 | 0.00 | Copy Column 3 here ▸  0.00 |
| 8. Taxable social security wages (from line 5a, Column 1 of Form 941 or Form 941-SS) | 742.81 | 742.81 | 0.00 | × .124* = . |
| | | | *If you are correcting your employer share only, use .062. See instructions. | |
| 9. Taxable social security tips (from line 5b, Column 1 of Form 941 or Form 941-SS) | . | . | . | × .124* = . |
| | | | *If you are correcting your employer share only, use .062. See instructions. | |
| 10. Taxable Medicare wages and tips (from line 5c, Column 1 of Form 941 or Form 941-SS) | 173.62 | 173.62 | 0.00 | × .029* = . |
| | | | *If you are correcting your employer share only, use .0145. See instructions. | |
| 11. Tax adjustments (from lines 7a through 7c of Form 941 or Form 941-SS) | . | . | . | Copy Column 3 here ▸ . |
| 12. Special addition to wages for federal income tax | 0.00 | 520,771.74 | (520,771.74) | See instructions  (7,812.00) |
| 13. Special addition to wages for social security taxes | 0.00 | 520,771.74 | (520,771.74) | See instructions  38,745.00 |
| 14. Special addition to wages for Medicare taxes | 0.00 | 520,771.74 | (520,771.74) | See instructions  (9,061.00) |
| 15. Combine the amounts on lines 7–14 of Column 4 . . . . . . . . . . . . . . | | | | 55,618.00 |
| 16. Advance earned income credit (EIC) payments made to employees (from Form 941, line 9) | . | . | . | See instructions . |
| 17a. COBRA premium assistance payments (from line 12a of Form 941 or 941-SS) | . | . | . | See instructions . |
| 17b. Number of individuals provided COBRA premium assistance (from line 12b of Form 941 or 941-SS) | | = | | |
| 18. Total. Combine the amounts in lines 15, 16, and 17a of Column 4 . . . . . . . . . . . . | | | | 55,618.00 |

If line 18 is less than 0:

- If you checked line 1, this is the amount you want applied as a credit to your Form 941 or Form 941-SS for the tax period in which you are filing this form. (If you are currently filing a Form 944 or Form 944-SS, Employer's ANNUAL Federal Tax Return, see the instructions.)
- If you checked line 2, this is the amount you want refunded or abated.

If line 18 is more than 0, this is the amount you owe. Pay this amount when you file this return. For information on how to pay, see *Amount You Owe* in the instructions.

Next ▶

Form 941-X (Rev. 6-2009)

| Name *(not your trade name)* | Employer Identification number (EIN) | Correcting quarter  3  (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2004 |

**Part 4: Explain your corrections for this quarter.**

☐ **19.** **Check here if any corrections you entered on a line include both underreported and overreported amounts.** Explain both your underreported and overreported amounts on line 21.

☒ **20.** **Check here if any corrections involve reclassified workers.** Explain on line 21.

**21.** **You must give us a detailed explanation of how you determined your corrections.** See the instructions.

```
                    SEE ATTACHED STATEMENT!!
```

**Part 5: Sign here. You must complete all three pages of this form and sign it.**

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| **X** Sign your name here | *Jodi Zachary* | Print your name here | JODI ZACHARY |
| | | Print your title here | PRESIDENT |
| Date | 7-11-09 | Best daytime phone | (702) 491-0647 |

**Paid preparer's use only**                                   Check if you are self-employed . . . . . . ☐

| | | | |
|---|---|---|---|
| Preparer's name | GERALD ANDREWS | Preparer's SSN/PTIN | P00561658 |
| Preparer's signature | *Gerald Andrews* | Date | 7-7-09 |
| Firm's name (or yours if self-employed) | BERT PURDY & ASSOCIATES | EIN | 88-0483015 |
| Address | 2300 SOUTH JONES BLVD. | Phone | (702) 873-8340 |
| City | LAS VEGAS | State NV | ZIP code 89146 |

Attachment to Form 941-X
## DESERT VALLEY PAINTING & DRYWALL INC.

**Taxpayer hereby requests the abatement of employment taxes (shown in Line 18 on Page 2 of this return), related penalties and interest, and the refund of the $250 paid against such taxes.**

The government has erroneously determined that the taxpayer is the employer of certain workers (drywall installers) that are *'individually unidentifiable'*, according to the IRS Notice of Worker Classification. Further, the government has erroneously determined that the taxpayer is not entitled to relief from employment taxes under Section 530(a) of the Revenue Act of 1978.

In brief, the taxpayer (a Nevada licensed contractor) entered into a contractual agreement with Centennial Drywall Systems, Inc. (CDSI), also a Nevada licensed contractor, for services to be rendered by CDSI. The taxpayer paid funds due under the contract directly to and only to CDSI. Taxpayer did not make any payment to any individual engaged by CDSI, probably why the government cannot identify any individual.

CDSI treated its workers as independent contractors pursuant to a worker classification letter from the IRS. The workers / independent contractors were bound to CDSI pursuant to written agreement. This determination letter of CDSI was issued over a decade ago and was the industry-wide standard for drywall contractors. Apparently unable to reverse its own decision with respect to the workers of CDSI, the government is reneging on its own determination for this industry by pursuing those that contracted with CDSI.

Thus, the government has erroneously determined that the workers of CDSI, bound to CDSI by contract, are employees of the subject taxpayer. Further, the government refuses to recognize or grant relief under Section 530(a) to members of the drywall contractor industry pursuant to its own prior determination for CDSI.

In summary, this taxpayer is not an employer with respect to the contractual payments to CDSI and would be entitled to Section 530 relief in any event.

Form **941-X**: Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund
(Rev. June 2009)  Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

**(EIN)**
Employer identification number  88-0244843

Name *(not your trade name)*  DESERT VALLEY PAINTING & DRYWALL INC.

Trade name *(if any)*

Address  3445 W LAKE MEAD BLVD.  —  SUITE 100
          Number          Street                                Suite or room number

          NORTH LAS VEGAS              NV      89032-5221
          City                        State    ZIP code

**Return You Are Correcting ...**

Check the type of return you are correcting:

[X]  **941**

[ ]  **941-SS**

Check the ONE quarter you are correcting:

[ ]  **1:** January, February, March

[ ]  **2:** April, May, June

[ ]  **3:** July, August, September

[X]  **4:** October, November, December

Enter the calendar year of the quarter you are correcting:

2004  (YYYY)

Enter the date you discovered errors:

12/18/2008
(MM / DD / YYYY)

Use this form to correct errors you made on Form 941 or 941-SS for **one quarter only.**
Type or print within the boxes. You MUST complete all three pages. Read the
instructions before completing this form. Do not attach this form to Form 941 or 941-SS.

**Part 1: Select ONLY one process.**

[ ]  **1.  Adjusted employment tax return.** Check this box if you underreported amounts. Also
check this box if you overreported amounts and you would like to use the adjustment
process to correct the errors. You must check this box if you are correcting both
underreported and overreported amounts on this form. The amount shown on line 18, if
less than 0, may only be applied as a credit to your Form 941, Form 941-SS, Form 944,
or Form 944-SS for the tax period in which you are filing this form.

[X]  **2.  Claim.** Check this box if you overreported amounts only and you would like to use the
claim process to ask for a refund or abatement of the amount shown on line 18. Do not
check this box if you are correcting ANY underreported amounts on this form.

**Part 2: Complete the certifications.**

[X]  **3.**  I certify that I have filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement,
as required.

*Note.* If you are correcting underreported amounts only, go to Part 3 on page 2 and skip lines 4 and 5.

**4.**  If you checked line 1 because you are adjusting overreported amounts, check all that apply. You must check at least one box.
I certify that:

[ ]  **a.**  I repaid or reimbursed each affected employee for the overcollected federal income tax for the current year and the overcollected
social security and Medicare tax for current and prior years. For adjustments of employee social security and Medicare tax
overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim
was rejected) and will not claim a refund or credit for the overcollection.

[ ]  **b.**  The adjustment of social security tax and Medicare tax is for the employer's share only. I could not find the affected employees or
each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a
refund or credit for the overcollection.

[ ]  **c.**  The adjustment is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

**5.**  If you checked line 2 because you are claiming a refund or abatement of overreported employment taxes, check all that apply.
You must check at least one box.
I certify that:

[ ]  **a.**  I repaid or reimbursed each affected employee for the overcollected social security and Medicare tax. For claims of employee
social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she
has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ]  **b.**  I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security
and Medicare tax. For refunds of employee social security and Medicare tax overcollected in prior years, I also have a written
statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or
credit for the overcollection.

[ ]  **c.**  The claim for social security tax and Medicare tax is for the employer's share only. I could not find the affected employees; or
each employee did not give me a written consent to file a claim for the employee's share of social security and Medicare tax; or
each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a
refund or credit for the overcollection.

[X]  **d.**  The claim is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

Next ➡

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.

Form **941-X** (Rev. 6-2009)

ISA

| Name *(not your trade name)* | Employer identification number (EIN) | Correcting quarter  4  (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2004 |

**Part 3: Enter the corrections for this quarter. If any line does not apply, leave it blank.**

| | | Column 1 | | Column 2 | | Column 3 | | Column 4 |
|---|---|---|---|---|---|---|---|---|
| | | Total corrected amount *(for ALL employees)* | − | Amount originally reported or as previously corrected *(for ALL employees)* | = | Difference *(If this amount is a negative number, use a minus sign.)* | | Tax correction |
| 6. | Wages, tips and other compensation (from line 2 of Form 941) | 22,960.23 | − | 22,960.23 | = | 0.00 | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. | |
| 7. | Income tax withheld from wages, tips, and other compensation (from line 3 of Form 941) | 667.05 | − | 667.05 | = | 0.00 | Copy Column 3 here ▶ | 0.00 |
| 8. | Taxable social security wages (from line 5a, Column 1 of Form 941 or Form 941-SS) | 22,960.23 | − | 22,960.23 | = | 0.00 | × .124* = *If you are correcting your employer share only, use .062. See instructions. | |
| 9. | Taxable social security tips (from line 5b, Column 1 of Form 941 or Form 941-SS) | . | − | . | = | . | × .124* = *If you are correcting your employer share only, use .062. See instructions. | . |
| 10. | Taxable Medicare wages and tips (from line 5c, Column 1 of Form 941 or Form 941-SS) | 22,960.23 | − | 22,960.23 | = | 0.00 | × .029* = *If you are correcting your employer share only, use .0145. See instructions. | |
| 11. | Tax adjustments (from lines 7a through 7c of Form 941 or Form 941-SS) | . | − | . | = | . | Copy Column 3 here ▶ | . |
| 12. | Special addition to wages for federal income tax | 0.00 | − | 398,079.64 | = | (398,079.64) | See instructions | (5,971.00) |
| 13. | Special addition to wages for social security taxes | 0.00 | − | 398,079.64 | = | (398,079.64) | See instructions | 29,617.00 |
| 14. | Special addition to wages for Medicare taxes | 0.00 | − | 398,079.64 | = | (398,079.64) | See instructions | (6,927.00) |
| 15. | Combine the amounts on lines 7–14 of Column 4 . . . . . . . . . . . | | | | | | | 42,515.00 |
| 16. | Advance earned income credit (EIC) payments made to employees (from Form 941, line 9) | . | − | . | = | . | See instructions | . |
| 17a. | COBRA premium assistance payments (from line 12a of Form 941 or 941-SS) | . | − | . | = | . | See instructions | . |
| 17b. | Number of individuals provided COBRA premium assistance (from line 12b of Form 941 or 941-SS) | | − | | = | | | |
| 18. | Total. Combine the amounts in lines 15, 16, and 17a of Column 4 . . . . . . . . . . . . . | | | | | | | 42,515.00 |

**If line 18 is less than 0:**

- If you checked line 1, this is the amount you want applied as a credit to your Form 941 or Form 941-SS for the tax period in which you are filing this form. (If you are currently filing a Form 944 or Form 944-SS, Employer's ANNUAL Federal Tax Return, see the instructions.)

- If you checked line 2, this is the amount you want refunded or abated.

**If line 18 is more than 0, this is the amount you owe.** Pay this amount when you file this return. For information on how to pay, see *Amount You Owe* in the instructions.

Next ➡

Form **941-X** (Rev. 6-2009)

| Name *(not your trade name)* | Employer Identification number (EIN) | Correcting quarter    4    (1, 2, 3, 4) |
| --- | --- | --- |
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2004 |

**Part 4: Explain your corrections for this quarter.**

☐ **19.** **Check here if any corrections you entered on a line include both underreported and overreported amounts.** Explain both your underreported and overreported amounts on line 21.

☒ **20.** **Check here if any corrections involve reclassified workers.** Explain on line 21.

**21.** **You must give us a detailed explanation of how you determined your corrections.** See the instructions.

```
SEE ATTACHED STATEMENT!!
```

**Part 5: Sign here. You must complete all three pages of this form and sign it.**

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Sign your name here | *Jodi Zachary* | Print your name here | JODI ZACHARY |
| --- | --- | --- | --- |
| | | Print your title here | PRESIDENT |
| Date | 7-11-09 | Best daytime phone | (702) 491-0647 |

**Paid preparer's use only**          Check if you are self-employed . . . . . . . ☐

| Preparer's name | GERALD ANDREWS | Preparer's SSN/PTIN | P00561658 |
| --- | --- | --- | --- |
| Preparer's signature | | Date | 7-7-09 |
| Firm's name (or yours if self-employed) | BERT PURDY & ASSOCIATES | EIN | 88-0483015 |
| Address | 2300 SOUTH JONES BLVD. | Phone | (702) 873-8340 |
| City | LAS VEGAS          State NV | ZIP code | 89146 |

Form **941-X** (Rev. 6-2009)

Attachment to Form 941-X
## DESERT VALLEY PAINTING & DRYWALL INC.

**Taxpayer hereby requests the abatement of employment taxes (shown in Line 18 on Page 2 of this return), related penalties and interest, and the refund of the $250 paid against such taxes.**

The government has erroneously determined that the taxpayer is the employer of certain workers (drywall installers) that are *'individually unidentifiable'*, according to the IRS Notice of Worker Classification. Further, the government has erroneously determined that the taxpayer is not entitled to relief from employment taxes under Section 530(a) of the Revenue Act of 1978.

In brief, the taxpayer (a Nevada licensed contractor) entered into a contractual agreement with Centennial Drywall Systems, Inc. (CDSI), also a Nevada licensed contractor, for services to be rendered by CDSI. The taxpayer paid funds due under the contract directly to and only to CDSI. Taxpayer did not make any payment to any individual engaged by CDSI, probably why the government cannot identify any individual.

CDSI treated its workers as independent contractors pursuant to a worker classification letter from the IRS. The workers / independent contractors were bound to CDSI pursuant to written agreement. This determination letter of CDSI was issued over a decade ago and was the industry-wide standard for drywall contractors. Apparently unable to reverse its own decision with respect to the workers of CDSI, the government is reneging on its own determination for this industry by pursuing those that contracted with CDSI.

Thus, the government has erroneously determined that the workers of CDSI, bound to CDSI by contract, are employees of the subject taxpayer. Further, the government refuses to recognize or grant relief under Section 530(a) to members of the drywall contractor industry pursuant to its own prior determination for CDSI.

In summary, this taxpayer is not an employer with respect to the contractual payments to CDSI and would be entitled to Section 530 relief in any event.

Form **941-X:**   **Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund**

(Rev. June 2009)   Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

(EIN)
Employer identification number   88-0244843

Name *(not your trade name)*   DESERT VALLEY PAINTING & DRYWALL INC.

Trade name *(if any)*

Address   3445 W LAKE MEAD BLVD.  — SUITE 100
Number      Street                          Suite or room number

NORTH LAS VEGAS            NV      89032-5221
City                          State    ZIP code

Use this form to correct errors you made on Form 941 or 941-SS for **one quarter only.**
Type or print within the boxes. You **MUST** complete all three pages. Read the
instructions before completing this form. Do not attach this form to Form 941 or 941-SS.

**Return You Are Correcting...**

Check the type of return you are correcting:

[X] **941**

[ ] **941-SS**

Check the **ONE** quarter you are correcting:

[X] **1:** January, February, March

[ ] **2:** April, May, June

[ ] **3:** July, August, September

[ ] **4:** October, November, December

Enter the calendar year of the quarter
you are correcting:

2005   **(YYYY)**

**Enter the date you discovered errors:**

12/18/2008
**(MM / DD / YYYY)**

**Part 1: Select ONLY one process.**

[ ] **1.** **Adjusted employment tax return.** Check this box if you underreported amounts. Also
check this box if you overreported amounts and you would like to use the adjustment
process to correct the errors. You must check this box if you are correcting both
underreported and overreported amounts on this form. The amount shown on line 18, if
less than 0, may only be applied as a credit to your Form 941, Form 941-SS, Form 944,
or Form 944-SS for the tax period in which you are filing this form.

[X] **2.** **Claim.** Check this box if you overreported amounts only and you would like to use the
claim process to ask for a refund or abatement of the amount shown on line 18. Do not
check this box if you are correcting ANY underreported amounts on this form.

**Part 2: Complete the certifications.**

[X] **3.** I certify that I have filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement,
as required.

*Note.* If you are correcting underreported amounts only, go to Part 3 on page 2 and skip lines 4 and 5.

**4.** **If you checked line 1 because you are adjusting overreported amounts, check all that apply. You must check at least one box.**
I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected federal income tax for the current year and the overcollected
social security and Medicare tax for current and prior years. For adjustments of employee social security and Medicare tax
overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim
was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** The adjustment of social security and Medicare tax is for the employer's share only. I could not find the affected employees or
each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a
refund or credit for the overcollection.

[ ] **c.** The adjustment is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

**5.** **If you checked line 2 because you are claiming a refund or abatement of overreported employment taxes, check all that apply.**
You must check at least one box.
I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected social security and Medicare tax. For claims of employee
social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she
has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security
and Medicare tax. For refunds of employee social security and Medicare tax overcollected in prior years, I also have a written
statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or
credit for the overcollection.

[ ] **c.** The claim for social security tax and Medicare tax is for the employer's share only. I could not find the affected employees; or
each employee did not give me a written consent to file a claim for the employee's share of social security and Medicare tax; or
each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a
refund or credit for the overcollection.

[X] **d.** The claim is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

Next ➡

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.

Form **941-X** (Rev. 6-2009)

ISA

| Name *(not your trade name)* | Employer Identification number (EIN) | Correcting quarter  1  (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2005 |

**Part 3: Enter the corrections for this quarter. If any line does not apply, leave it blank.**

| | | Column 1 | | Column 2 | | Column 3 | | Column 4 |
|---|---|---|---|---|---|---|---|---|
| | | Total corrected amount (for ALL employees) | − | Amount originally reported or as previously corrected = (for ALL employees) | | Difference (if this amount is a negative number, use a minus sign.) | | Tax correction |
| 6. | Wages, tips and other compensation (from line 2 of Form 941) | 101,467.00 | − | 101,467.00 | = | 0.00 | | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. |
| 7. | Income tax withheld from wages, tips, and other compensation (from line 3 of Form 941) | 10,904.06 | − | 10,904.06 | = | 0.00 | Copy Column 3 here ▶ | 0.00 |
| 8. | Taxable social security wages (from line 5a, Column 1 of Form 941 or Form 941-SS) | 101,467.00 | − | 101,467.00 | = | 0.00 | × .124* = *If you are correcting your employer share only, use .062. See instructions. | |
| 9. | Taxable social security tips (from line 5b, Column 1 of Form 941 or Form 941-SS) | . | − | . | = | . | × .124* = *If you are correcting your employer share only, use .062. See instructions. | |
| 10. | Taxable Medicare wages and tips (from line 5c, Column 1 of Form 941 or Form 941-SS) | 101,467.00 | − | 101,467.00 | = | 0.00 | × .029* = *If you are correcting your employer share only, use .0145. See instructions. | |
| 11. | Tax adjustments (from lines 7a through 7c of Form 941 or Form 941-SS) | . | − | . | = | . | Copy Column 3 here ▶ | . |
| 12. | Special addition to wages for federal income tax | 0.00 | − | 312,452.60 | = | (312,452.60) | See instructions | (4,687.00) |
| 13. | Special addition to wages for social security taxes | 0.00 | − | 312,452.60 | = | (312,452.60) | See instructions | 23,246.00 |
| 14. | Special addition to wages for Medicare taxes | 0.00 | − | 312,452.60 | = | (312,452.60) | See instructions | (5,437.00) |
| 15. | Combine the amounts on lines 7–14 of Column 4   . . . . . . . . . . . . | | | | | | | 33,370.00 |
| 16. | Advance earned income credit (EIC) payments made to employees (from Form 941, line 9) | . | − | . | = | . | See instructions | . |
| 17a. | COBRA premium assistance payments (from line 12a of Form 941 or 941-SS) | . | − | . | = | . | See instructions | . |
| 17b. | Number of individuals provided COBRA premium assistance (from line 12b of Form 941 or 941-SS) | . | − | . | = | . | | |
| 18. | Total. Combine the amounts in lines 15, 16, and 17a of Column 4   . . . . . . . . . . . . . . | | | | | | | 33,370.00 |

If line 18 is less than 0:

● If you checked line 1, this is the amount you want applied as a credit to your Form 941 or Form 941-SS for the tax period in which you are filing this form. (If you are currently filing a Form 944 or Form 944-SS, Employer's ANNUAL Federal Tax Return, see the instructions.)

● If you checked line 2, this is the amount you want refunded or abated.

If line 18 is more than 0, this is the amount you owe. Pay this amount when you file this return. For information on how to pay, see *Amount You Owe* in the instructions.

Next ➡

Form **941-X** (Rev. 6-2009)

| Name *(not your trade name)* | Employer identification number (EIN) | Correcting quarter 1 (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2005 |

**Part 4: Explain your corrections for this quarter.**

☐ **19.** **Check here if any corrections you entered on a line include both underreported and overreported amounts.** Explain both your underreported and overreported amounts on line 21.

☒ **20.** **Check here if any corrections involve reclassified workers.** Explain on line 21.

**21.** **You must give us a detailed explanation of how you determined your corrections.** See the instructions.

SEE ATTACHED STATEMENT!!

**Part 5: Sign here. You must complete all three pages of this form and sign it.**

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X **Sign your name here** *(signature)*

Date 7-11-09

| Print your name here | JODI ZACHARY |
|---|---|
| Print your title here | PRESIDENT |
| Best daytime phone | (702) 491-0647 |

**Paid preparer's use only**    Check if you are self-employed . . . . . . . ☐

| Preparer's name | GERALD ANDREWS | Preparer's SSN/PTIN | P00561658 |
|---|---|---|---|
| Preparer's signature | *(signature)* | Date | 7-7-09 |
| Firm's name (or yours if self-employed) | BERT PURDY & ASSOCIATES | EIN | 88-0483015 |
| Address | 2300 SOUTH JONES BLVD. | Phone | (702) 873-8340 |
| City | LAS VEGAS   State NV | ZIP code | 89146 |

Form **941-X** (Rev. 6-2009)

Attachment to Form 941-X
**DESERT VALLEY PAINTING & DRYWALL INC.**

**Taxpayer hereby requests the abatement of employment taxes (shown in Line 18 on Page 2 of this return), related penalties and interest, and the refund of the $250 paid against such taxes.**

The government has erroneously determined that the taxpayer is the employer of certain workers (drywall installers) that are *'individually unidentifiable'*, according to the IRS Notice of Worker Classification.    Further, the government has erroneously determined that the taxpayer is not entitled to relief from employment taxes under Section 530(a) of the Revenue Act of 1978.

In brief, the taxpayer (a Nevada licensed contractor) entered into a contractual agreement with Centennial Drywall Systems, Inc. (CDSI), also a Nevada licensed contractor, for services to be rendered by CDSI.  The taxpayer paid funds due under the contract directly to and only to CDSI.  Taxpayer did not make any payment to any individual engaged by CDSI, probably why the government cannot identify any individual.

CDSI treated its workers as independent contractors pursuant to a worker classification letter from the IRS.  The workers / independent contractors were bound to CDSI pursuant to written agreement.  This determination letter of CDSI was issued over a decade ago and was the industry-wide standard for drywall contractors.  Apparently unable to reverse its own decision with respect to the workers of CDSI, the government is reneging on its own determination for this industry by pursuing those that contracted with CDSI.

Thus, the government has erroneously determined that the workers of CDSI, bound to CDSI by contract, are employees of the subject taxpayer.  Further, the government refuses to recognize or grant relief under Section 530(a) to members of the drywall contractor industry pursuant to its own prior determination for CDSI.

In summary, this taxpayer is not an employer with respect to the contractual payments to CDSI and would be entitled to Section 530 relief in any event.

Form **941-X:** **Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund**
(Rev. June 2009)          Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

**(EIN)**
Employer identification number  88-0244843

Name *(not your trade name)* DESERT VALLEY PAINTING & DRYWALL INC.

Trade name *(if any)*

Address  3445 W LAKE MEAD BLVD. — SUITE 100
　　　　Number　　　Street　　　　　　　　　　　Suite or room number

NORTH LAS VEGAS　　　　　NV　　89032-5221
City　　　　　　　　　　　State　　ZIP code

Use this form to correct errors you made on Form 941 or 941-SS for **one quarter only.**
Type or print within the boxes. You MUST complete all three pages. Read the
instructions before completing this form. Do not attach this form to Form 941 or 941-SS.

**Return You Are Correcting ...**
Check the type of return you are correcting:

[X] **941**

[ ] **941-SS**

Check the ONE quarter you are correcting:

[ ] **1:** January, February, March

[X] **2:** April, May, June

[ ] **3:** July, August, September

[ ] **4:** October, November, December

**Enter the calendar year of the quarter
you are correcting:**

2005　(YYYY)

**Enter the date you discovered errors:**

12/18/2008
**(MM / DD / YYYY)**

**Part 1: Select ONLY one process.**

[ ] **1. Adjusted employment tax return.** Check this box if you underreported amounts. Also
check this box if you overreported amounts and you would like to use the adjustment
process to correct the errors. You must check this box if you are correcting both
underreported and overreported amounts on this form. The amount shown on line 18, if
less than 0, may only be applied as a credit to your Form 941, Form 941-SS, Form 944,
or Form 944-SS for the tax period in which you are filing this form.

[X] **2. Claim.** Check this box if you overreported amounts only and you would like to use the
claim process to ask for a refund or abatement of the amount shown on line 18. Do not
check this box if you are correcting ANY underreported amounts on this form.

**Part 2: Complete the certifications.**

[X] **3.** I certify that I have filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement,
as required.

*Note.* If you are correcting underreported amounts only, go to Part 3 on page 2 and skip lines 4 and 5.

**4.** If you checked line 1 because you are adjusting overreported amounts, check all that apply. You must check at least one box.
I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected federal income tax for the current year and the overcollected
social security and Medicare tax for current and prior years. For adjustments of employee social security and Medicare tax
overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim
was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** The adjustment of social security tax and Medicare tax is for the employer's share only. I could not find the affected employees or
each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a
refund or credit for the overcollection.

[ ] **c.** The adjustment is for federal income tax, social security, and Medicare tax that I did not withhold from employee wages.

**5.** If you checked line 2 because you are claiming a refund or abatement of overreported employment taxes, check all that apply.
You must check at least one box.
I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected social security and Medicare tax. For claims of employee
social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she
has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security
and Medicare tax. For refunds of employee social security and Medicare tax overcollected in prior years, I also have a written
statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or
credit for the overcollection.

[ ] **c.** The claim for social security tax and Medicare tax is for the employer's share only. I could not find the affected employees; or
each employee did not give me a written consent to file a claim for the employee's share of social security and Medicare tax; or
each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a
refund or credit for the overcollection.

[X] **d.** The claim is for federal income tax, social security, and Medicare tax that I did not withhold from employee wages.

Next ➡

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.

Form **941-X** (Rev. 6-2009)

ISA

| Name (not your trade name) | | Employer identification number (EIN) | Correcting quarter  2  (1, 2, 3, 4) |
|---|---|---|---|
| | | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | | 88-0244843 | 2005 |

**Part 3: Enter the corrections for this quarter. If any line does not apply, leave it blank.**

| | | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|---|
| | | Total corrected amount (for ALL employees) | − Amount originally reported or as previously corrected (for ALL employees) = | Difference (If this amount is a negative number, use a minus sign.) | Tax correction |
| 6. | Wages, tips and other compensation (from line 2 of Form 941) | 113,460.30 | − 113,460.30 = | 0.00 | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. |
| 7. | Income tax withheld from wages, tips, and other compensation (from line 3 of Form 941) | 12,148.19 | − 12,148.19 = | 0.00 | Copy Column 3 here ▶   0.00 |
| 8. | Taxable social security wages (from line 5a, Column 1 of Form 941 or Form 941-SS) | 113,460.30 | − 113,460.30 = | 0.00 | × .124* = [ ] *If you are correcting your employer share only, use .062. See instructions. |
| 9. | Taxable social security tips (from line 5b, Column 1 of Form 941 or Form 941-SS) | . | − . = | . | × .124* = [ ] *If you are correcting your employer share only, use .062. See instructions. |
| 10. | Taxable Medicare wages and tips (from line 5c, Column 1 of Form 941 or Form 941-SS) | 113,460.30 | − 113,460.30 = | 0.00 | × .029* = [ ] *If you are correcting your employer share only, use .0145. See instructions. |
| 11. | Tax adjustments (from lines 7a through 7c of Form 941 or Form 941-SS) | . | − . = | . | Copy Column 3 here ▶   . |
| 12. | Special addition to wages for federal income tax | 0.00 | − 275,528.03 = | (275,528.03) | See instructions   (4,133.00) |
| 13. | Special addition to wages for social security taxes | 0.00 | − 275,528.03 = | (275,528.03) | See instructions   20,499.00 |
| 14. | Special addition to wages for Medicare taxes | 0.00 | − 275,528.03 = | (275,528.03) | See instructions   (4,794.00) |
| 15. | Combine the amounts on lines 7–14 of Column 4   . . . . . . . . . . . . | | | | 29,426.00 |
| 16. | Advance earned income credit (EIC) payments made to employees (from Form 941, line 9) | . | − . = | . | See instructions   . |
| 17a. | COBRA premium assistance payments (from line 12a of Form 941 or 941-SS) | | − . = | . | See instructions   . |
| 17b. | Number of individuals provided COBRA premium assistance (from line 12b of Form 941 or 941-SS) | | − = | | |
| 18. | Total. Combine the amounts in lines 15, 16, and 17a of Column 4   . . . . . . . . . . . | | | | (29,426.00) |

**If line 18 is less than 0:**

- If you checked line 1, this is the amount you want applied as a credit to your Form 941 or Form 941-SS for the tax period in which you are filing this form. (If you are currently filing a Form 944 or Form 944-SS, Employer's ANNUAL Federal Tax Return, see the instructions.)

- If you checked line 2, this is the amount you want refunded or abated.

**If line 18 is more than 0, this is the amount you owe.** Pay this amount when you file this return. For information on how to pay, see *Amount You Owe* in the instructions.

Next ➡

Form **941-X** (Rev. 6-2009)

| Name *(not your trade name)* | Employer identification number (EIN) | Correcting quarter  2  (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2005 |

**Part 4: Explain your corrections for this quarter.**

☐ **19. Check here if any corrections you entered on a line include both underreported and overreported amounts.** Explain both your underreported and overreported amounts on line 21.

☒ **20. Check here if any corrections involve reclassified workers.** Explain on line 21.

**21. You must give us a detailed explanation of how you determined your corrections.** See the instructions.

---

SEE ATTACHED STATEMENT!!

---

**Part 5: Sign here. You must complete all three pages of this form and sign it.**

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | |
|---|---|---|
| **Sign your name here** | Print your name here | JODI ZACHARY |
| | Print your title here | PRESIDENT |
| Date  7-11-09 | Best daytime phone | (702) 491-0647 |

**Paid preparer's use only**    Check if you are self-employed . . . . . . . ☐

| | | | |
|---|---|---|---|
| Preparer's name | GERALD ANDREWS | Preparer's SSN/PTIN | P00561658 |
| Preparer's signature | | Date | 7-7-09 |
| Firm's name (or yours if self-employed) | BERT PURDY & ASSOCIATES | EIN | 88-0483015 |
| Address | 2300 SOUTH JONES BLVD. | Phone | (702) 873-8340 |
| City | LAS VEGAS | State NV | ZIP code | 89146 |

Form **941-X** (Rev. 6-2009)

Attachment to Form 941-X
## DESERT VALLEY PAINTING & DRYWALL INC.

**Taxpayer hereby requests the abatement of employment taxes (shown in Line 18 on Page 2 of this return), related penalties and interest, and the refund of the $250 paid against such taxes.**

The government has erroneously determined that the taxpayer is the employer of certain workers (drywall installers) that are *'individually unidentifiable'*, according to the IRS Notice of Worker Classification. Further, the government has erroneously determined that the taxpayer is not entitled to relief from employment taxes under Section 530(a) of the Revenue Act of 1978.

In brief, the taxpayer (a Nevada licensed contractor) entered into a contractual agreement with Centennial Drywall Systems, Inc. (CDSI), also a Nevada licensed contractor, for services to be rendered by CDSI. The taxpayer paid funds due under the contract directly to and only to CDSI. Taxpayer did not make any payment to any individual engaged by CDSI, probably why the government cannot identify any individual.

CDSI treated its workers as independent contractors pursuant to a worker classification letter from the IRS. The workers / independent contractors were bound to CDSI pursuant to written agreement. This determination letter of CDSI was issued over a decade ago and was the industry-wide standard for drywall contractors. Apparently unable to reverse its own decision with respect to the workers of CDSI, the government is reneging on its own determination for this industry by pursuing those that contracted with CDSI.

Thus, the government has erroneously determined that the workers of CDSI, bound to CDSI by contract, are employees of the subject taxpayer. Further, the government refuses to recognize or grant relief under Section 530(a) to members of the drywall contractor industry pursuant to its own prior determination for CDSI.

In summary, this taxpayer is not an employer with respect to the contractual payments to CDSI and would be entitled to Section 530 relief in any event.

Form **941-X:** Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund

(Rev. June 2009)    Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

| (EIN) Employer identification number | 88-0244843 |
| --- | --- |

Name *(not your trade name)* DESERT VALLEY PAINTING & DRYWALL INC.

Trade name *(if any)*

Address  3445 W LAKE MEAD BLVD.  —  SUITE 100
Number    Street                              Suite or room number

NORTH LAS VEGAS                    NV    89032-5221
City                                      State    ZIP code

Use this form to correct errors you made on Form 941 or 941-SS for **one quarter only.** Type or print within the boxes. You MUST complete all three pages. Read the instructions before completing this form. Do not attach this form to Form 941 or 941-SS.

**Return You Are Correcting ...**

Check the type of return you are correcting:

[X]  941

[ ]  941-SS

Check the ONE quarter you are correcting:

[ ]  1: January, February, March

[ ]  2: April, May, June

[X]  3: July, August, September

[ ]  4: October, November, December

Enter the calendar year of the quarter you are correcting:

2005    (YYYY)

**Enter the date you discovered errors:**

12/18/2008

(MM / DD / YYYY)

### Part 1: Select ONLY one process.

[ ] **1. Adjusted employment tax return.** Check this box if you underreported amounts. Also check this box if you overreported amounts and you would like to use the adjustment process to correct the errors. You must check this box if you are correcting both underreported and overreported amounts on this form. The amount shown on line 18, if less than 0, may only be applied as a credit to your Form 941, Form 941-SS, Form 944, or Form 944-SS for the tax period in which you are filing this form.

[X] **2. Claim.** Check this box if you overreported amounts only and you would like to use the claim process to ask for a refund or abatement of the amount shown on line 18. Do not check this box if you are correcting ANY underreported amounts on this form.

### Part 2: Complete the certifications.

[X] **3.** I certify that I have filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement, as required.

*Note.* If you are correcting underreported amounts only, go to Part 3 on page 2 and skip lines 4 and 5.

**4.** If you checked line 1 because you are **adjusting overreported amounts,** check all that apply. You must check at least one box. I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected federal income tax for the current year and the overcollected social security and Medicare tax for current and prior years. For adjustments of employee social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** The adjustment of social security tax and Medicare tax is for the employer's share only. I could not find the affected employees or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **c.** The adjustment is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

**5.** If you checked line 2 because you are **claiming a refund or abatement of overreported employment taxes,** check all that apply. You must check at least one box. I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected social security and Medicare tax. For claims of employee social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security and Medicare tax. For refunds of employee social security and Medicare tax overcollected in prior years, I also have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **c.** The claim for social security tax and Medicare tax is for the employer's share only. I could not find the affected employees; or each employee did not give me a written consent to file a claim for the employee's share of social security and Medicare tax; or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[X] **d.** The claim is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

Next ➡

ISA

| Name *(not your trade name)* | Employer identification number (EIN) | Correcting quarter  3  (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2005 |

**Part 3: Enter the corrections for this quarter. If any line does not apply, leave it blank.**

| | | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|---|
| | | Total corrected amount (for ALL employees) | Amount originally reported or as previously corrected (for ALL employees) = | Difference (If this amount is a negative number, use a minus sign.) | Tax correction |
| 6. | Wages, tips and other compensation (from line 2 of Form 941) | 113,531.62 — | 113,531.62 = | 0.00 | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. |
| 7. | Income tax withheld from wages, tips, and other compensation (from line 3 of Form 941) | 12,891.92 — | 12,891.92 = | 0.00 | Copy Column 3 here ▶ 0.00 |
| 8. | Taxable social security wages (from line 5a, Column 1 of Form 941 or Form 941-SS) | 113,531.62 — | 113,531.62 = | 0.00 | × .124* = . *If you are correcting your employer share only, use .062. See instructions. |
| 9. | Taxable social security tips (from line 5b, Column 1 of Form 941 or Form 941-SS) | . — | . = | . | × .124* = . *If you are correcting your employer share only, use .062. See instructions. |
| 10. | Taxable Medicare wages and tips (from line 5c, Column 1 of Form 941 or Form 941-SS) | 113,531.62 — | 113,531.62 = | 0.00 | × .029* = . *If you are correcting your employer share only, use .0145. See instructions. |
| 11. | Tax adjustments (from lines 7a through 7c of Form 941 or Form 941-SS) | . — | . = | . | Copy Column 3 here ▶ . |
| 12. | Special addition to wages for federal income tax | 0.00 — | 247,278.56 = | (247,278.56) | See instructions (3,709.00) |
| 13. | Special addition to wages for social security taxes | 0.00 — | 247,278.56 = | (247,278.56) | See instructions 18,398.00 |
| 14. | Special addition to wages for Medicare taxes | 0.00 — | 247,278.56 = | (247,278.56) | See instructions (4,302.00) |
| 15. | Combine the amounts on lines 7–14 of Column 4  . . . . . . . . . . | | | | (26,409.00) |
| 16. | Advance earned income credit (EIC) payments made to employees (from Form 941, line 9) | . — | . = | . | See instructions . |
| 17a. | COBRA premium assistance payments (from line 12a of Form 941 or 941-SS) | . — | . = | . | See instructions . |
| 17b. | Number of individuals provided COBRA premium assistance (from line 12b of Form 941 or 941-SS) | — | = | | |
| 18. | Total. Combine the amounts in lines 15, 16, and 17a of Column 4  . . . . . . . . . . . . | | | | (26,409.00) |

**If line 18 is less than 0:**

- If you checked line 1, this is the amount you want applied as a credit to your Form 941 or Form 941-SS for the tax period in which you are filing this form. (If you are currently filing a Form 944 or Form 944-SS, Employer's ANNUAL Federal Tax Return, see the instructions.)
- If you checked line 2, this is the amount you want refunded or abated.

**If line 18 is more than 0, this is the amount you owe.** Pay this amount when you file this return. For information on how to pay, see *Amount You Owe* in the instructions.

Next ➡

| Name *(not your trade name)* | Employer Identification number (EIN) | Correcting quarter 3 (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2005 |

**Part 4: Explain your corrections for this quarter.**

☐ **19.** **Check here if any corrections you entered on a line include both underreported and overreported amounts.** Explain both your underreported and overreported amounts on line 21.

☒ **20.** **Check here if any corrections involve reclassified workers.** Explain on line 21.

**21.** **You must give us a detailed explanation of how you determined your corrections.** See the instructions.

```
                         SEE ATTACHED STATEMENT!!
```

**Part 5: Sign here. You must complete all three pages of this form and sign it.**

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | |
|---|---|---|
| **Sign your name here** | *Jodi Zachary* | Print your name here: JODI ZACHARY |
| | | Print your title here: PRESIDENT |
| Date | 7-11-09 | Best daytime phone (702) 491-0647 |

**Paid preparer's use only**          Check if you are self-employed . . . . . . . ☐

| | | |
|---|---|---|
| Preparer's name | GERALD ANDREWS | Preparer's SSN/PTIN P00561658 |
| Preparer's signature | *Gerald Andrews* | Date 7-7-09 |
| Firm's name (or yours if self-employed) | BERT PURDY & ASSOCIATES | EIN 88-0483015 |
| Address | 2300 SOUTH JONES BLVD. | Phone (702) 873-8340 |
| City | LAS VEGAS | State NV | ZIP code 89146 |

Form **941-X** (Rev. 6-2009)

Attachment to Form 941-X
## DESERT VALLEY PAINTING & DRYWALL INC.

**Taxpayer hereby requests the abatement of employment taxes (shown in Line 18 on Page 2 of this return), related penalties and interest, and the refund of the $250 paid against such taxes.**

The government has erroneously determined that the taxpayer is the employer of certain workers (drywall installers) that are *'individually unidentifiable'*, according to the IRS Notice of Worker Classification.  Further, the government has erroneously determined that the taxpayer is not entitled to relief from employment taxes under Section 530(a) of the Revenue Act of 1978.

In brief, the taxpayer (a Nevada licensed contractor) entered into a contractual agreement with Centennial Drywall Systems, Inc. (CDSI), also a Nevada licensed contractor, for services to be rendered by CDSI.  The taxpayer paid funds due under the contract directly to and only to CDSI.  Taxpayer did not make any payment to any individual engaged by CDSI, probably why the government cannot identify any individual.

CDSI treated its workers as independent contractors pursuant to a worker classification letter from the IRS.  The workers / independent contractors were bound to CDSI pursuant to written agreement.  This determination letter of CDSI was issued over a decade ago and was the industry-wide standard for drywall contractors.  Apparently unable to reverse its own decision with respect to the workers of CDSI, the government is reneging on its own determination for this industry by pursuing those that contracted with CDSI.

Thus, the government has erroneously determined that the workers of CDSI, bound to CDSI by contract, are employees of the subject taxpayer.  Further, the government refuses to recognize or grant relief under Section 530(a) to members of the drywall contractor industry pursuant to its own prior determination for CDSI.

In summary, this taxpayer is not an employer with respect to the contractual payments to CDSI and would be entitled to Section 530 relief in any event.

Form **941-X:**   **Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund**

(Rev. June 2009)             Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

| | |
|---|---|
| **(EIN)** Employer Identification number  88-0244843 | **Return You Are Correcting ...** Check the type of return you are correcting: |
| **Name** *(not your trade name)*  DESERT VALLEY PAINTING & DRYWALL INC. | [X] **941** |
| **Trade name** *(if any)* _____ | [ ] **941-SS** |

**Address**  3445 W LAKE MEAD BLVD.  –  SUITE 100
           Number        Street                    Suite or room number

NORTH LAS VEGAS            NV    89032-5221
City                      State   ZIP code

Check the ONE quarter you are correcting:

[ ] 1: January, February, March

[ ] 2: April, May, June

[ ] 3: July, August, September

[X] 4: October, November, December

Use this form to correct errors you made on Form 941 or 941-SS for **one quarter only.** Type or print within the boxes. You MUST complete all three pages. Read the instructions before completing this form. Do not attach this form to Form 941 or 941-SS.

Enter the calendar year of the quarter you are correcting:

2005   (YYYY)

Enter the date you discovered errors:

12/18/2008
(MM / DD / YYYY)

**Part 1: Select ONLY one process.**

[ ] 1. **Adjusted employment tax return.** Check this box if you underreported amounts. Also check this box if you overreported amounts and you would like to use the adjustment process to correct the errors. You must check this box if you are correcting both underreported and overreported amounts on this form. The amount shown on line 18, if less than 0, may only be applied as a credit to your Form 941, Form 941-SS, Form 944, or Form 944-SS for the tax period in which you are filing this form.

[X] 2. **Claim.** Check this box if you overreported amounts only and you would like to use the claim process to ask for a refund or abatement of the amount shown on line 18. Do not check this box if you are correcting ANY underreported amounts on this form.

**Part 2: Complete the certifications.**

[X] 3. I certify that I have filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement, as required.

*Note.* If you are correcting underreported amounts only, go to Part 3 on page 2 and skip lines 4 and 5.

4. If you checked line 1 because you are adjusting overreported amounts, check all that apply. You must check at least one box. I certify that:

[ ] a. I repaid or reimbursed each affected employee for the overcollected federal income tax for the current year and the overcollected social security and Medicare tax for current and prior years. For adjustments of employee social security and Medicare tax overcollected in prior years, I have a written statement from each affected employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] b. The adjustment of social security tax and Medicare tax is for the employer's share only. I could not find the affected employees or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] c. The adjustment is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

5. If you checked line 2 because you are claiming a refund or abatement of overreported employment taxes, check all that apply. You must check at least one box. I certify that:

[ ] a. I repaid or reimbursed each affected employee for the overcollected social security and Medicare tax. For claims of employee social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] b. I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security and Medicare tax. For refunds of employee social security and Medicare tax overcollected in prior years, I also have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] c. The claim for social security tax and Medicare tax is for the employer's share only. I could not find the affected employees; or each employee did not give me a written consent to file a claim for the employee's share of social security and Medicare tax; or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[X] d. The claim is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

Next ➡

For Privacy Act and Paperwork Reduction Act Notice, see the Instructions.          Form **941-X** (Rev. 6-2009)

ISA

| Name *(not your trade name)* | | Employer Identification number (EIN) | Correcting quarter  4  (1, 2, 3, 4) |
|---|---|---|---|
| | | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | | 88-0244843 | 2005 |

**Part 3: Enter the corrections for this quarter. If any line does not apply, leave it blank.**

| | | Column 1 | | Column 2 | | Column 3 | | Column 4 |
|---|---|---|---|---|---|---|---|---|
| | | Total corrected amount (for ALL employees) | − | Amount originally reported or as previously corrected (for ALL employees) | = | Difference (if this amount is a negative number, use a minus sign.) | | Tax correction |
| **6.** | **Wages, tips and other compensation** (from line 2 of Form 941) | 145,987.11 | − | 145,987.11 | = | 0.00 | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. | |
| **7.** | **Income tax withheld from wages, tips, and other compensation** (from line 3 of Form 941) | 14,204.17 | − | 14,204.17 | = | 0.00 | Copy Column 3 here ▶ | 0.00 |
| **8.** | **Taxable social security wages** (from line 5a, Column 1 of Form 941 or Form 941-SS) | 145,987.11 | − | 145,987.11 | = | 0.00 | × .124* = *If you are correcting your employer share only, use .062. See instructions. | |
| **9.** | **Taxable social security tips** (from line 5b, Column 1 of Form 941 or Form 941-SS) | . | − | . | = | . | × .124* = *If you are correcting your employer share only, use .062. See instructions. | |
| **10.** | **Taxable Medicare wages and tips** (from line 5c, Column 1 of Form 941 or Form 941-SS) | 145,987.11 | − | 145,987.11 | = | 0.00 | × .029* = *If you are correcting your employer share only, use .0145. See instructions. | |
| **11.** | **Tax adjustments** (from lines 7a through 7c of Form 941 or Form 941-SS) | . | − | . | = | . | Copy Column 3 here ▶ | . |
| **12.** | **Special addition to wages for federal income tax** | 0.00 | − | 648,698.60 | = | (648,698.60) | See instructions | (9,730.00) |
| **13.** | **Special addition to wages for social security taxes** | 0.00 | − | 648,698.60 | = | (648,698.60) | See instructions | (48,263.00) |
| **14.** | **Special addition to wages for Medicare taxes** | 0.00 | − | 648,698.60 | = | (648,698.60) | See instructions | 11,288.00 |
| **15.** | Combine the amounts on lines 7–14 of Column 4   . . . . . . . . . . | | | | | | | 69,281.00 |
| **16.** | **Advance earned income credit (EIC) payments made to employees** (from Form 941, line 9) | . | − | . | = | . | See instructions | . |
| **17a.** | **COBRA premium assistance payments** (from line 12a of Form 941 or 941-SS) | . | − | . | = | . | See instructions | . |
| **17b.** | **Number of individuals provided COBRA premium assistance** (from line 12b of Form 941 or 941-SS) | | − | | = | | | |
| **18.** | **Total.** Combine the amounts in lines 15, 16, and 17a of Column 4   . . . . . . . . . . | | | | | | | (69,281.00) |

**If line 18 is less than 0:**

- If you checked line 1, this is the amount you want applied as a credit to your Form 941 or Form 941-SS for the tax period in which you are filing this form. (If you are currently filing a Form 944 or Form 944-SS, Employer's ANNUAL Federal Tax Return, see the instructions.)

- If you checked line 2, this is the amount you want refunded or abated.

**If line 18 is more than 0, this is the amount you owe.** Pay this amount when you file this return. For information on how to pay, see *Amount You Owe* in the instructions.

Next ➡

Form **941-X** (Rev. 6-2009)

| Name *(not your trade name)* | Employer Identification number (EIN) | Correcting quarter  4   (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2005 |

**Part 4: Explain your corrections for this quarter.**

☐ **19.** **Check here if any corrections you entered on a line include both underreported and overreported amounts.** Explain both your underreported and overreported amounts on line 21.

☒ **20.** **Check here if any corrections involve reclassified workers.** Explain on line 21.

**21.** **You must give us a detailed explanation of how you determined your corrections.** See the instructions.

SEE ATTACHED STATEMENT!!

**Part 5: Sign here. You must complete all three pages of this form and sign it.**

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Sign your name here** *(signature)*

Date  7-11-09

| Print your name here | JODI ZACHARY |
|---|---|
| Print your title here | PRESIDENT |
| Best daytime phone | (702) 491-0647 |

**Paid preparer's use only**                     Check if you are self-employed . . . . . . . ☐

| Preparer's name | GERALD ANDREWS | | Preparer's SSN/PTIN | P00561658 |
|---|---|---|---|---|
| Preparer's signature | *(signature)* | | Date | 7-7-09 |
| Firm's name (or yours if self-employed) | BERT PURDY & ASSOCIATES | | EIN | 88-0483015 |
| Address | 2300 SOUTH JONES BLVD. | | Phone | (702) 873-8340 |
| City | LAS VEGAS | State NV | ZIP code | 89146 |

Form **941-X** (Rev. 6-2009)

Attachment to Form 941-X
## DESERT VALLEY PAINTING & DRYWALL INC.

**Taxpayer hereby requests the abatement of employment taxes (shown in Line 18 on Page 2 of this return), related penalties and interest, and the refund of the $250 paid against such taxes.**

The government has erroneously determined that the taxpayer is the employer of certain workers (drywall installers) that are *'individually unidentifiable'*, according to the IRS Notice of Worker Classification.   Further, the government has erroneously determined that the taxpayer is not entitled to relief from employment taxes under Section 530(a) of the Revenue Act of 1978.

In brief, the taxpayer (a Nevada licensed contractor) entered into a contractual agreement with Centennial Drywall Systems, Inc. (CDSI), also a Nevada licensed contractor, for services to be rendered by CDSI.  The taxpayer paid funds due under the contract directly to and only to CDSI.  Taxpayer did not make any payment to any individual engaged by CDSI, probably why the government cannot identify any individual.

CDSI treated its workers as independent contractors pursuant to a worker classification letter from the IRS.  The workers / independent contractors were bound to CDSI pursuant to written agreement.  This determination letter of CDSI was issued over a decade ago and was the industry-wide standard for drywall contractors.  Apparently unable to reverse its own decision with respect to the workers of CDSI, the government is reneging on its own determination for this industry by pursuing those that contracted with CDSI.

Thus, the government has erroneously determined that the workers of CDSI, bound to CDSI by contract, are employees of the subject taxpayer.  Further, the government refuses to recognize or grant relief under Section 530(a) to members of the drywall contractor industry pursuant to its own prior determination for CDSI.

In summary, this taxpayer is not an employer with respect to the contractual payments to CDSI and would be entitled to Section 530 relief in any event.

Form **941-X:** **Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund**

(Rev. June 2009)                 Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

(EIN)
Employer identification number  88-0244843

Name *(not your trade name)* DESERT VALLEY PAINTING & DRYWALL INC.

Trade name *(if any)*

**Address**  3445 W LAKE MEAD BLVD.  —  SUITE 100
         Number    Street                        Suite or room number

NORTH LAS VEGAS            NV      89032-5221
City                    State   ZIP code

Use this form to correct errors you made on Form 941 or 941-SS for **one quarter only.**
Type or print within the boxes. You MUST complete all three pages. Read the
instructions before completing this form. Do not attach this form to Form 941 or 941-SS.

**Return You Are Correcting ...**

Check the type of return you are correcting:

[X]  **941**

[ ]  **941-SS**

Check the ONE quarter you are correcting:

[X]  **1:** January, February, March

[ ]  **2:** April, May, June

[ ]  **3:** July, August, September

[ ]  **4:** October, November, December

Enter the calendar year of the quarter
you are correcting:

2006    (YYYY)

Enter the date you discovered errors:

12/18/2008
(MM / DD / YYYY)

## Part 1: Select ONLY one process.

[ ]  **1.  Adjusted employment tax return.** Check this box if you underreported amounts. Also
     check this box if you overreported amounts and you would like to use the adjustment
     process to correct the errors. You must check this box if you are correcting both
     underreported and overreported amounts on this form. The amount shown on line 18, if
     less than 0, may only be applied as a credit to your Form 941, Form 941-SS, Form 944,
     or Form 944-SS for the tax period in which you are filing this form.

[X]  **2.  Claim.** Check this box if you overreported amounts only and you would like to use the
     claim process to ask for a refund or abatement of the amount shown on line 18. Do not
     check this box if you are correcting ANY underreported amounts on this form.

## Part 2: Complete the certifications.

[X]  **3.**  I certify that I have filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement,
     as required.

*Note.* If you are correcting underreported amounts only, go to Part 3 on page 2 and skip lines 4 and 5.

**4.**  If you checked line 1 because you are adjusting overreported amounts, check all that apply. You must check at least one box.
     I certify that:

[ ]  **a.**  I repaid or reimbursed each affected employee for the overcollected federal income tax for the current year and the overcollected
     social security and Medicare tax for current and prior years. For adjustments of employee social security and Medicare tax
     overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim
     was rejected) and will not claim a refund or credit for the overcollection.

[ ]  **b.**  The adjustment of social security and Medicare tax is for the employer's share only. I could not find the affected employees or
     each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a
     refund or credit for the overcollection.

[ ]  **c.**  The adjustment is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

**5.**  If you checked line 2 because you are claiming a refund or abatement of overreported employment taxes, check all that apply.
     You must check at least one box.
     I certify that:

[ ]  **a.**  I repaid or reimbursed each affected employee for the overcollected social security and Medicare tax. For claims of employee
     social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she
     has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ]  **b.**  I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security
     and Medicare tax. For refunds of employee social security and Medicare tax overcollected in prior years, I also have a written
     statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or
     credit for the overcollection.

[ ]  **c.**  The claim for social security tax and Medicare tax is for the employer's share only. I could not find the affected employees; or
     each employee did not give me a written consent to file a claim for the employee's share of social security and Medicare tax; or
     each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a
     refund or credit for the overcollection.

[X]  **d.**  The claim is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

Next ➡

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.

Form **941-X** (Rev. 6-2009)

ISA

| Name *(not your trade name)* | Employer Identification number (EIN) | Correcting quarter  1  (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2006 |

**Part 3: Enter the corrections for this quarter. If any line does not apply, leave it blank.**

| | Column 1 | | Column 2 | | Column 3 | Column 4 |
|---|---|---|---|---|---|---|
| | Total corrected amount (for ALL employees) | − | Amount originally reported or as previously corrected (for ALL employees) | = | Difference (if this amount is a negative number, use a minus sign.) | Tax correction |

6. **Wages, tips and other compensation** (from line 2 of Form 941)
130,129.14 − 130,129.14 = 0.00 — Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c.

7. **Income tax withheld from wages, tips, and other compensation** (from line 3 of Form 941)
10,051.51 − 10,051.51 = 0.00 — Copy Column 3 here ▶ | 0.00

8. **Taxable social security wages** (from line 5a, Column 1 of Form 941 or Form 941-SS)
130,129.14 − 130,129.14 = 0.00 — × .124* = .
*If you are correcting your employer share only, use .062. See instructions.

9. **Taxable social security tips** (from line 5b, Column 1 of Form 941 or Form 941-SS)
. − . = . — × .124* = .
*If you are correcting your employer share only, use .062. See instructions.

10. **Taxable Medicare wages and tips** (from line 5c, Column 1 of Form 941 or Form 941-SS)
130,129.14 − 130,129.14 = 0.00 — × .029* = .
*If you are correcting your employer share only, use .0145. See instructions.

11. **Tax adjustments** (from lines 7a through 7c of Form 941 or Form 941-SS)
. − . = . — Copy Column 3 here ▶ | .

12. **Special addition to wages for federal income tax**
0.00 − 328,075.23 = (328,075.23) — See instructions | (4,921)00

13. **Special addition to wages for social security taxes**
0.00 − 328,075.23 = (328,075.23) — See instructions | 24,409.00

14. **Special addition to wages for Medicare taxes**
0.00 − 328,075.23 = (328,075.23) — See instructions | (5,708.00)

15. Combine the amounts on lines 7−14 of Column 4 . . . . . . . . . . . . | 35,038.00

16. **Advance earned income credit (EIC) payments made to employees** (from Form 941, line 9)
. − . = . — See instructions | .

17a. **COBRA premium assistance payments** (from line 12a of Form 941 or 941-SS)
. − . = . — See instructions | .

17b. **Number of individuals provided COBRA premium assistance** (from line 12b of Form 941 or 941-SS)
− =

18. **Total.** Combine the amounts in lines 15, 16, and 17a of Column 4 . . . . . . . . . . | 35,038.00

**If line 18 is less than 0:**

- If you checked line 1, this is the amount you want applied as a credit to your Form 941 or Form 941-SS for the tax period in which you are filing this form. (If you are currently filing a Form 944 or Form 944-SS, Employer's ANNUAL Federal Tax Return, see the instructions.)

- If you checked line 2, this is the amount you want refunded or abated.

**If line 18 is more than 0, this is the amount you owe.** Pay this amount when you file this return. For information on how to pay, see *Amount You Owe* in the instructions.

Next ➡

| Name *(not your trade name)* | Employer identification number (EIN) | Correcting quarter 1 (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2006 |

**Part 4: Explain your corrections for this quarter.**

☐ **19.** **Check here if any corrections you entered on a line include both underreported and overreported amounts.** Explain both your underreported and overreported amounts on line 21.

☒ **20.** **Check here if any corrections involve reclassified workers.** Explain on line 21.

**21.** **You must give us a detailed explanation of how you determined your corrections.** See the instructions.

```
                         SEE ATTACHED STATEMENT!!
```

**Part 5: Sign here. You must complete all three pages of this form and sign it.**

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Sign your name here** *(signature)*

Date 7-11-09

Print your name here JODI ZACHARY

Print your title here PRESIDENT

Best daytime phone (702) 491-0647

**Paid preparer's use only**      Check if you are self-employed . . . . . . . ☐

| Preparer's name | GERALD ANDREWS | Preparer's SSN/PTIN | P00561658 |
|---|---|---|---|
| Preparer's signature | *(signature)* | Date | 7-7-09 |
| Firm's name (or yours if self-employed) | BERT PURDY & ASSOCIATES | EIN | 88-0483015 |
| Address | 2300 SOUTH JONES BLVD. | Phone | (702) 873-8340 |
| City | LAS VEGAS   State NV | ZIP code | 89146 |

Form **941-X** (Rev. 6-2009)

Attachment to Form 941-X
## DESERT VALLEY PAINTING & DRYWALL INC.

**Taxpayer hereby requests the abatement of employment taxes (shown in Line 18 on Page 2 of this return), related penalties and interest, and the refund of the $250 paid against such taxes.**

The government has erroneously determined that the taxpayer is the employer of certain workers (drywall installers) that are *'individually unidentifiable'*, according to the IRS Notice of Worker Classification. Further, the government has erroneously determined that the taxpayer is not entitled to relief from employment taxes under Section 530(a) of the Revenue Act of 1978.

In brief, the taxpayer (a Nevada licensed contractor) entered into a contractual agreement with Centennial Drywall Systems, Inc. (CDSI), also a Nevada licensed contractor, for services to be rendered by CDSI. The taxpayer paid funds due under the contract directly to and only to CDSI. Taxpayer did not make any payment to any individual engaged by CDSI, probably why the government cannot identify any individual.

CDSI treated its workers as independent contractors pursuant to a worker classification letter from the IRS. The workers / independent contractors were bound to CDSI pursuant to written agreement. This determination letter of CDSI was issued over a decade ago and was the industry-wide standard for drywall contractors. Apparently unable to reverse its own decision with respect to the workers of CDSI, the government is reneging on its own determination for this industry by pursuing those that contracted with CDSI.

Thus, the government has erroneously determined that the workers of CDSI, bound to CDSI by contract, are employees of the subject taxpayer. Further, the government refuses to recognize or grant relief under Section 530(a) to members of the drywall contractor industry pursuant to its own prior determination for CDSI.

In summary, this taxpayer is not an employer with respect to the contractual payments to CDSI and would be entitled to Section 530 relief in any event.

Form **941-X:** Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund

(Rev. June 2009)          Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

| (EIN)<br>Employer identification number  88-0244843 |
|---|

Name *(not your trade name)* DESERT VALLEY PAINTING & DRYWALL INC.

Trade name *(if any)*

Address  3445 W LAKE MEAD BLVD.  -  SUITE 100
      Number     Street               Suite or room number

NORTH LAS VEGAS      NV    89032-5221
  City                State    ZIP code

**Return You Are Correcting ...**

Check the type of return you are correcting:

[X] **941**

[ ] **941-SS**

Check the ONE quarter you are correcting:

[ ] **1:** January, February, March

[X] **2:** April, May, June

[ ] **3:** July, August, September

[ ] **4:** October, November, December

Enter the calendar year of the quarter you are correcting:

2006   (YYYY)

Use this form to correct errors you made on Form 941 or 941-SS for **one quarter only.** Type or print within the boxes. You MUST complete all three pages. Read the instructions before completing this form. Do not attach this form to Form 941 or 941-SS.

**Enter the date you discovered errors:**

12/18/2008

(MM / DD / YYYY)

## Part 1: Select ONLY one process.

[ ] **1. Adjusted employment tax return.** Check this box if you underreported amounts. Also check this box if you overreported amounts and you would like to use the adjustment process to correct the errors. You must check this box if you are correcting both underreported and overreported amounts on this form. The amount shown on line 18, if less than 0, may only be applied as a credit to your Form 941, Form 941-SS, Form 944, or Form 944-SS for the tax period in which you are filing this form.

[X] **2. Claim.** Check this box if you overreported amounts only and you would like to use the claim process to ask for a refund or abatement of the amount shown on line 18. Do not check this box if you are correcting ANY underreported amounts on this form.

## Part 2: Complete the certifications.

[X] **3.** I certify that I have filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement, as required.

*Note.* If you are correcting underreported amounts only, go to Part 3 on page 2 and skip lines 4 and 5.

**4.** If you checked line 1 because you are adjusting overreported amounts, check all that apply. You must check at least one box. I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected federal income tax for the current year and the overcollected social security and Medicare tax for current and prior years. For adjustments of employee social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** The adjustment of social security tax and Medicare tax is for the employer's share only. I could not find the affected employees or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **c.** The adjustment is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

**5.** If you checked line 2 because you are claiming a refund or abatement of overreported employment taxes, check all that apply. You must check at least one box. I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected social security and Medicare tax. For claims of employee social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security and Medicare tax. For refunds of employee social security and Medicare tax overcollected in prior years, I also have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **c.** The claim for social security tax and Medicare tax is for the employer's share only. I could not find the affected employees; or each employee did not give me a written consent to file a claim for the employee's share of social security and Medicare tax; or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[X] **d.** The claim is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

**Next ➡**

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.

Form **941-X** (Rev. 6-2009)

ISA

| Name *(not your trade name)* | Employer Identification number (EIN) | Correcting quarter   2   (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2006 |

**Part 3: Enter the corrections for this quarter. If any line does not apply, leave it blank.**

| | | Column 1 | | Column 2 | | Column 3 | | Column 4 |
|---|---|---|---|---|---|---|---|---|
| | | **Total corrected amount (for ALL employees)** | − | **Amount originally reported or as previously corrected (for ALL employees)** | = | **Difference (If this amount is a negative number, use a minus sign.)** | | **Tax correction** |
| 6. | Wages, tips and other compensation (from line 2 of Form 941) | 121,394.00 | − | 121,394.00 | = | 0.00 | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. | |
| 7. | Income tax withheld from wages, tips, and other compensation (from line 3 of Form 941) | 6,636.14 | − | 6,636.14 | = | 0.00 | Copy Column 3 here ▶ | 0.00 |
| 8. | Taxable social security wages (from line 5a, Column 1 of Form 941 or Form 941-SS) | 116,109.85 | − | 116,109.85 | = | 0.00 | × .124* = *If you are correcting your employer share only, use .062. See instructions. | |
| 9. | Taxable social security tips (from line 5b, Column 1 of Form 941 or Form 941-SS) | . | − | . | = | . | × .124* = *If you are correcting your employer share only, use .062. See instructions. | |
| 10. | Taxable Medicare wages and tips (from line 5c, Column 1 of Form 941 or Form 941-SS) | 116,109.85 | − | 116,109.85 | = | 0.00 | × .029* = *If you are correcting your employer share only, use .0145. See instructions. | |
| 11. | Tax adjustments (from lines 7a through 7c of Form 941 or Form 941-SS) | . | − | . | = | . | Copy Column 3 here ▶ | |
| 12. | Special addition to wages for federal income tax | 0.00 | − | 289,304.43 | = | (289,304.43) | See instructions | (4,339.00) |
| 13. | Special addition to wages for social security taxes | 0.00 | − | 289,304.43 | = | (289,304.43) | See instructions | 21,524.00 |
| 14. | Special addition to wages for Medicare taxes | 0.00 | − | 289,304.43 | = | (289,304.43) | See instructions | (5,034.00) |
| 15. | Combine the amounts on lines 7–14 of Column 4   .   .   .   .   .   .   .   .   .   . | | | | | | | 30,897.00 |
| 16. | Advance earned income credit (EIC) payments made to employees (from Form 941, line 9) | . | − | . | = | . | See instructions | . |
| 17a. | COBRA premium assistance payments (from line 12a of Form 941 or 941-SS) | . | − | . | = | . | See instructions | . |
| 17b. | Number of individuals provided COBRA premium assistance (from line 12b of Form 941 or 941-SS) | | − | | = | | | |
| 18. | Total. Combine the amounts in lines 15, 16, and 17a of Column 4   .   .   .   .   .   .   .   . | | | | | | | 30,897.00 |

**If line 18 is less than 0:**

- If you checked line 1, this is the amount you want applied as a credit to your Form 941 or Form 941-SS for the tax period in which you are filing this form. (If you are currently filing a Form 944 or Form 944-SS, Employer's ANNUAL Federal Tax Return, see the instructions.)
- If you checked line 2, this is the amount you want refunded or abated.

**If line 18 is more than 0, this is the amount you owe.** Pay this amount when you file this return. For information on how to pay, see *Amount You Owe* in the instructions.

Next ➡

Form **941-X** (Rev. 8-2009)

| Name *(not your trade name)* | Employer Identification number (EIN) | Correcting quarter  2   (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2006 |

**Part 4: Explain your corrections for this quarter.**

☐ **19.** **Check here if any corrections you entered on a line include both underreported and overreported amounts.** Explain both your underreported and overreported amounts on line 21.

☒ **20.** **Check here if any corrections involve reclassified workers.** Explain on line 21.

**21.** **You must give us a detailed explanation of how you determined your corrections.** See the instructions.

```
                          SEE ATTACHED STATEMENT!!
```

**Part 5: Sign here. You must complete all three pages of this form and sign it.**

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**X** Sign your name here

Date  7-11-09

Print your name here  JODI ZACHARY

Print your title here  PRESIDENT

Best daytime phone  (702) 491-0647

**Paid preparer's use only**  Check if you are self-employed . . . . . . . ☐

| Preparer's name | GERALD ANDREWS | Preparer's SSN/PTIN | P00561658 |
|---|---|---|---|
| Preparer's signature | | Date | 7-7-09 |
| Firm's name (or yours if self-employed) | BERT PURDY & ASSOCIATES | EIN | 88-0483015 |
| Address | 2300 SOUTH JONES BLVD. | Phone | (702) 873-8340 |
| City | LAS VEGAS  State NV | ZIP code | 89146 |

Form **941-X** (Rev. 6-2009)

Attachment to Form 941-X
## DESERT VALLEY PAINTING & DRYWALL INC.

**Taxpayer hereby requests the abatement of employment taxes (shown in Line 18 on Page 2 of this return), related penalties and interest, and the refund of the $250 paid against such taxes.**

The government has erroneously determined that the taxpayer is the employer of certain workers (drywall installers) that are *'individually unidentifiable'*, according to the IRS Notice of Worker Classification. Further, the government has erroneously determined that the taxpayer is not entitled to relief from employment taxes under Section 530(a) of the Revenue Act of 1978.

In brief, the taxpayer (a Nevada licensed contractor) entered into a contractual agreement with Centennial Drywall Systems, Inc. (CDSI), also a Nevada licensed contractor, for services to be rendered by CDSI. The taxpayer paid funds due under the contract directly to and only to CDSI. Taxpayer did not make any payment to any individual engaged by CDSI, probably why the government cannot identify any individual.

CDSI treated its workers as independent contractors pursuant to a worker classification letter from the IRS. The workers / independent contractors were bound to CDSI pursuant to written agreement. This determination letter of CDSI was issued over a decade ago and was the industry-wide standard for drywall contractors. Apparently unable to reverse its own decision with respect to the workers of CDSI, the government is reneging on its own determination for this industry by pursuing those that contracted with CDSI.

Thus, the government has erroneously determined that the workers of CDSI, bound to CDSI by contract, are employees of the subject taxpayer. Further, the government refuses to recognize or grant relief under Section 530(a) to members of the drywall contractor industry pursuant to its own prior determination for CDSI.

In summary, this taxpayer is not an employer with respect to the contractual payments to CDSI and would be entitled to Section 530 relief in any event.

Form **941-X:**   **Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund**

(Rev. June 2009)     Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

**(EIN)**
Employer identification number   88-0244843

Name *(not your trade name)*   DESERT VALLEY PAINTING & DRYWALL INC.

Trade name *(if any)*

Address   3445 W LAKE MEAD BLVD.  —  SUITE 100
Number        Street                        Suite or room number

NORTH LAS VEGAS               NV    89032-5221
City                          State    ZIP code

**Return You Are Correcting ...**

Check the type of return you are correcting:

[X] **941**

[ ] **941-SS**

Check the ONE quarter you are correcting:

[ ] 1: January, February, March

[ ] 2: April, May, June

[X] 3: July, August, September

[ ] 4: October, November, December

Enter the calendar year of the quarter you are correcting:

2006   (YYYY)

**Enter the date you discovered errors:**

12/18/2008
(MM / DD / YYYY)

Use this form to correct errors you made on Form 941 or 941-SS for **one quarter only.** Type or print within the boxes. You MUST complete all three pages. Read the instructions before completing this form. Do not attach this form to Form 941 or 941-SS.

**Part 1: Select ONLY one process.**

[ ] **1. Adjusted employment tax return.** Check this box if you underreported amounts. Also check this box if you overreported amounts and you would like to use the adjustment process to correct the errors. You must check this box if you are correcting both underreported and overreported amounts on this form. The amount shown on line 18, if less than 0, may only be applied as a credit to your Form 941, Form 941-SS, Form 944, or Form 944-SS for the tax period in which you are filing this form.

[X] **2. Claim.** Check this box if you overreported amounts only and you would like to use the claim process to ask for a refund or abatement of the amount shown on line 18. Do not check this box if you are correcting ANY underreported amounts on this form.

**Part 2: Complete the certifications.**

[X] **3.** I certify that I have filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement, **as required.**

*Note.* If you are correcting underreported amounts only, go to Part 3 on page 2 and skip lines 4 and 5.

**4.** If you checked line 1 because you are adjusting overreported amounts, check all that apply. You must check at least one box. I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected federal income tax for the current year and the overcollected social security and Medicare tax for current and prior years. For adjustments of employee social security and Medicare tax in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** The adjustment of social security tax and Medicare tax is for the employer's share only. I could not find the affected employees or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **c.** The adjustment is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

**5.** If you checked line 2 because you are claiming a refund or abatement of overreported employment taxes, check all that apply. You must check at least one box. I certify that:

[ ] **a.** I repaid or reimbursed each affected employee for the overcollected social security and Medicare tax. For claims of employee social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **b.** I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security and Medicare tax. For refunds of employee social security and Medicare tax overcollected in prior years, I also have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] **c.** The claim for social security tax and Medicare tax is for the employer's share only. I could not find the affected employees; or each employee did not give me a written consent to file a claim for the employee's share of social security and Medicare tax; or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[X] **d.** The claim is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

Next ➡

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.

Form **941-X** (Rev. 6-2009)

ISA

| Name (not your trade name) | Employer Identification number (EIN) | Correcting quarter 3 (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2006 |

**Part 3: Enter the corrections for this quarter. If any line does not apply, leave it blank.**

| | | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|---|
| | | Total corrected amount (for ALL employees) − | Amount originally reported or as previously corrected = (for ALL employees) | Difference (If this amount is a negative number, use a minus sign.) | Tax correction |
| 6. | Wages, tips and other compensation (from line 2 of Form 941) | 106,413.45 − | 106,413.45 = | 0.00 | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. |
| 7. | Income tax withheld from wages, tips, and other compensation (from line 3 of Form 941) | 6,492.64 − | 6,492.64 = | 0.00 | Copy Column 3 here ▶     0.00 |
| 8. | Taxable social security wages (from line 5a, Column 1 of Form 941 or Form 941-SS) | 103,214.42 − | 103,214.42 = | 0.00 | × .124* = <br> *If you are correcting your employer share only, use .062. See instructions. |
| 9. | Taxable social security tips (from line 5b, Column 1 of Form 941 or Form 941-SS) | . − | . = | . | × .124* = <br> *If you are correcting your employer share only, use .062. See instructions. |
| 10. | Taxable Medicare wages and tips (from line 5c, Column 1 of Form 941 or Form 941-SS) | 103,214.42 − | 103,214.42 = | 0.00 | × .029* = <br> *If you are correcting your employer share only, use .0145. See instructions. |
| 11. | Tax adjustments (from lines 7a through 7c of Form 941 or Form 941-SS) | . − | . = | . | Copy Column 3 here ▶    . |
| 12. | Special addition to wages for federal income tax | 0.00 − | 259,642.49 = | (259,642.49) | See instructions   (3,895.00) |
| 13. | Special addition to wages for social security taxes | 0.00 − | 259,642.49 = | (259,642.49) | See instructions   19,317.00 |
| 14. | Special addition to wages for Medicare taxes | 0.00 − | 259,642.49 = | (259,642.49) | See instructions   (4,518.00) |
| 15. | Combine the amounts on lines 7–14 of Column 4 . . . . . . . . . . . . . | | | | 27,730.00 |
| 16. | Advance earned income credit (EIC) payments made to employees (from Form 941, line 9) | . − | . = | . | See instructions   . |
| 17a. | COBRA premium assistance payments (from line 12a of Form 941 or 941-SS) | . − | . = | . | See instructions   . |
| 17b. | Number of individuals provided COBRA premium assistance (from line 12b of Form 941 or 941-SS) | − | = | | |
| 18. | Total. Combine the amounts in lines 15, 16, and 17a of Column 4 . . . . . . . . . . . . . | | | | 27,730.00 |

**If line 18 is less than 0:**

- If you checked line 1, this is the amount you want applied as a credit to your Form 941 or Form 941-SS for the tax period in which you are filing this form. (If you are currently filing a Form 944 or Form 944-SS, Employer's ANNUAL Federal Tax Return, see the instructions.)

- If you checked line 2, this is the amount you want refunded or abated.

**If line 18 is more than 0, this is the amount you owe.** Pay this amount when you file this return. For information on how to pay, see *Amount You Owe* in the instructions.

       Next ➡

| Name *(not your trade name)* | Employer identification number (EIN) | Correcting quarter  3  (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2006 |

**Part 4: Explain your corrections for this quarter.**

☐ **19.** Check here if any corrections you entered on a line include both underreported and overreported amounts. Explain both your underreported and overreported amounts on line 21.

☒ **20.** Check here if any corrections involve reclassified workers. Explain on line 21.

**21.** You must give us a detailed explanation of how you determined your corrections. See the instructions.

```
                    SEE ATTACHED STATEMENT!!
```

**Part 5: Sign here. You must complete all three pages of this form and sign it.**

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**X** Sign your name here

Date  7-11-09

Print your name here  JODI ZACHARY

Print your title here  PRESIDENT

Best daytime phone  (702) 491-0647

**Paid preparer's use only**     Check if you are self-employed  . . . . . . . ☐

| | | | |
|---|---|---|---|
| Preparer's name | GERALD ANDREWS | Preparer's SSN/PTIN | P00561658 |
| Preparer's signature | | Date | 7-7-09 |
| Firm's name (or yours if self-employed) | BERT PURDY & ASSOCIATES | EIN | 88-0483015 |
| Address | 2300 SOUTH JONES BLVD. | Phone | (702) 873-8340 |
| City | LAS VEGAS | State  NV | ZIP code  89146 |

Form **941-X** (Rev. 6-2009)

Attachment to Form 941-X
## DESERT VALLEY PAINTING & DRYWALL INC.

**Taxpayer hereby requests the abatement of employment taxes (shown in Line 18 on Page 2 of this return), related penalties and interest, and the refund of the $250 paid against such taxes.**

The government has erroneously determined that the taxpayer is the employer of certain workers (drywall installers) that are *'individually unidentifiable'*, according to the IRS Notice of Worker Classification.    Further, the government has erroneously determined that the taxpayer is not entitled to relief from employment taxes under Section 530(a) of the Revenue Act of 1978.

In brief, the taxpayer (a Nevada licensed contractor) entered into a contractual agreement with Centennial Drywall Systems, Inc. (CDSI), also a Nevada licensed contractor, for services to be rendered by CDSI.  The taxpayer paid funds due under the contract directly to and only to CDSI.  Taxpayer did not make any payment to any individual engaged by CDSI, probably why the government cannot identify any individual.

CDSI treated its workers as independent contractors pursuant to a worker classification letter from the IRS.  The workers / independent contractors were bound to CDSI pursuant to written agreement.  This determination letter of CDSI was issued over a decade ago and was the industry-wide standard for drywall contractors.  Apparently unable to reverse its own decision with respect to the workers of CDSI, the government is reneging on its own determination for this industry by pursuing those that contracted with CDSI.

Thus, the government has erroneously determined that the workers of CDSI, bound to CDSI by contract, are employees of the subject taxpayer.  Further, the government refuses to recognize or grant relief under Section 530(a) to members of the drywall contractor industry pursuant to its own prior determination for CDSI.

In summary, this taxpayer is not an employer with respect to the contractual payments to CDSI and would be entitled to Section 530 relief in any event.

Form **941-X:**   **Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund**

(Rev. June 2009)   Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

| (EIN) Employer identification number | 88-0244843 |

Name *(not your trade name)* DESERT VALLEY PAINTING & DRYWALL INC.

Trade name *(if any)*

Address 3445 W LAKE MEAD BLVD. - SUITE 100

Number   Street   Suite or room number

NORTH LAS VEGAS   NV   89032-5221

City   State   ZIP code

Use this form to correct errors you made on Form 941 or 941-SS for **one quarter only.** Type or print within the boxes. You MUST complete all three pages. Read the instructions before completing this form. Do not attach this form to Form 941 or 941-SS.

**Return You Are Correcting ...**

Check the type of return you are correcting:

[X] **941**

[ ] **941-SS**

Check the ONE quarter you are correcting:

[ ] 1: January, February, March

[ ] 2: April, May, June

[ ] 3: July, August, September

[X] 4: October, November, December

Enter the calendar year of the quarter you are correcting:

2006   (YYYY)

**Enter the date you discovered errors:**

12/18/2008

(MM / DD / YYYY)

**Part 1: Select ONLY one process.**

[ ] 1. **Adjusted employment tax return.** Check this box if you underreported amounts. Also check this box if you overreported amounts and you would like to use the adjustment process to correct the errors. You must check this box if you are correcting both underreported and overreported amounts on this form. The amount shown on line 18, if less than 0, may only be applied as a credit to your Form 941, Form 941-SS, Form 944, or Form 944-SS for the tax period in which you are filing this form.

[X] 2. **Claim.** Check this box if you overreported amounts only and you would like to use the claim process to ask for a refund or abatement of the amount shown on line 18. Do not check this box if you are correcting ANY underreported amounts on this form.

**Part 2: Complete the certifications.**

[X] 3. I certify that I have filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement, **as required.**

*Note.* If you are correcting underreported amounts only, go to Part 3 on page 2 and skip lines 4 and 5.

4. **If you checked line 1 because you are adjusting overreported amounts, check all that apply. You must check at least one box.** I certify that:

[ ] a. I repaid or reimbursed each affected employee for the overcollected federal income tax for the current year and the overcollected social security and Medicare tax for current and prior years. For adjustments of employee social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] b. The adjustment of social security tax and Medicare tax is for the employer's share only. I could not find the affected employees or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] c. The adjustment is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

5. **If you checked line 2 because you are claiming a refund or abatement of overreported employment taxes, check all that apply. You must check at least one box.** I certify that:

[ ] a. I repaid or reimbursed each affected employee for the overcollected social security and Medicare tax. For claims of employee social security and Medicare tax overcollected in prior years, I have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] b. I have written consent from each affected employee stating that I may file this claim for the employee's share of social security and Medicare tax. For refunds of employee social security and Medicare tax overcollected in prior years, I also have a written statement from each employee stating that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[ ] c. The claim for social security tax and Medicare tax is for the employer's share only. I could not find the affected employees; or each employee did not give me a written consent to file a claim for the employee's share of social security and Medicare tax; or each employee did not give me a written statement that he or she has not claimed (or the claim was rejected) and will not claim a refund or credit for the overcollection.

[X] d. The claim is for federal income tax, social security tax, and Medicare tax that I did not withhold from employee wages.

Next ➡

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.

Form **941-X** (Rev. 6-2009)

ISA

| Name *(not your trade name)* | Employer Identification number (EIN) | Correcting quarter  4  *(1, 2, 3, 4)* |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2006 |

**Part 3: Enter the corrections for this quarter. If any line does not apply, leave it blank.**

| | | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|---|
| | | Total corrected amount (for ALL employees) | Amount originally reported or as previously corrected = (for ALL employees) | Difference (If this amount is a negative number, use a minus sign.) | Tax correction |
| 6. | Wages, tips and other compensation (from line 2 of Form 941) | 830,830.48 − | 830,830.48 = | 0.00 | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. |
| 7. | Income tax withheld from wages, tips, and other compensation (from line 3 of Form 941) | 22,245.66 − | 22,245.66 = | 0.00 | Copy Column 3 here ▶   0.00 |
| 8. | Taxable social security wages (from line 5a, Column 1 of Form 941 or Form 941-SS) | 830,830.48 − | 830,830.48 = | 0.00 | × .124* = . *If you are correcting your employer share only, use .062. See instructions. |
| 9. | Taxable social security tips (from line 5b, Column 1 of Form 941 or Form 941-SS) | . − | . = | . | × .124* = . *If you are correcting your employer share only, use .062. See instructions. |
| 10. | Taxable Medicare wages and tips (from line 5c, Column 1 of Form 941 or Form 941-SS) | 830,830.48 − | 830,830.48 = | 0.00 | × .029* = . *If you are correcting your employer share only, use .0145. See instructions. |
| 11. | Tax adjustments (from lines 7a through 7c of Form 941 or Form 941-SS) | . − | . = | . | Copy Column 3 here ▶  . |
| 12. | Special addition to wages for federal income tax | 0.00 | 681,133.53 = | (681,133.53) | See instructions   10,217.00 |
| 13. | Special addition to wages for social security taxes | 0.00 | 681,133.53 = | (681,133.53) | See instructions   50,676.00 |
| 14. | Special addition to wages for Medicare taxes | . | 681,133.53 = | (681,133.53) | See instructions   11,852.00 |
| 15. | Combine the amounts on lines 7–14 of Column 4   . . . . . . . . . . | | | | 72,745.00 |
| 16. | Advance earned income credit (EIC) payments made to employees (from Form 941, line 9) | . − | . = | . | See instructions   . |
| 17a. | COBRA premium assistance payments (from line 12a of Form 941 or 941-SS) | . − | . = | . | See instructions   . |
| 17b. | Number of individuals provided COBRA premium assistance (from line 12b of Form 941 or 941-SS) | − | = | | |
| 18. | Total. Combine the amounts in lines 15, 16, and 17a of Column 4   . . . . . . . . . . . | | | | 72,745.00 |

**If line 18 is less than 0:**

- If you checked line 1, this is the amount you want applied as a credit to your Form 941 or Form 941-SS for the tax period in which you are filing this form. (If you are currently filing a Form 944 or Form 944-SS, Employer's ANNUAL Federal Tax Return, see the instructions.)
- If you checked line 2, this is the amount you want refunded or abated.

**If line 18 is more than 0, this is the amount you owe.** Pay this amount when you file this return. For information on how to pay, see *Amount You Owe* in the instructions.

Next ➡

Form **941-X** (Rev. 6-2009)

| Name *(not your trade name)* | Employer identification number (EIN) | Correcting quarter  4   (1, 2, 3, 4) |
|---|---|---|
| | | Correcting calendar year (YYYY) |
| DESERT VALLEY PAINTING & DRYWALL INC. | 88-0244843 | 2006 |

**Part 4: Explain your corrections for this quarter.**

☐ **19.** **Check here if any corrections you entered on a line include both underreported and overreported amounts.** Explain both your underreported and overreported amounts on line 21.

☒ **20.** **Check here if any corrections involve reclassified workers.** Explain on line 21.

**21.** **You must give us a detailed explanation of how you determined your corrections.** See the instructions.

```
                      SEE ATTACHED STATEMENT!!
```

**Part 5: Sign here. You must complete all three pages of this form and sign it.**

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**X** Sign your name here *(signature)*

Print your name here: JODI ZACHARY

Print your title here: PRESIDENT

Date: 7-11-09

Best daytime phone: (702) 491-0647

**Paid preparer's use only**          Check if you are self-employed . . . . . . . ☐

| | | | |
|---|---|---|---|
| Preparer's name | GERALD ANDREWS | Preparer's SSN/PTIN | P00561658 |
| Preparer's signature | *(signature)* | Date | 7-7-09 |
| Firm's name (or yours if self-employed) | BERT PURDY & ASSOCIATES | EIN | 88-0483015 |
| Address | 2300 SOUTH JONES BLVD. | Phone | (702) 873-8340 |
| City | LAS VEGAS | State NV | ZIP code 89146 |

Form **941-X** (Rev. 6-2009)

Attachment to Form 941-X
## DESERT VALLEY PAINTING & DRYWALL INC.

**Taxpayer hereby requests the abatement of employment taxes (shown in Line 18 on Page 2 of this return), related penalties and interest, and the refund of the $250 paid against such taxes.**

The government has erroneously determined that the taxpayer is the employer of certain workers (drywall installers) that are *'individually unidentifiable'*, according to the IRS Notice of Worker Classification.     Further, the government has erroneously determined that the taxpayer is not entitled to relief from employment taxes under Section 530(a) of the Revenue Act of 1978.

In brief, the taxpayer (a Nevada licensed contractor) entered into a contractual agreement with Centennial Drywall Systems, Inc. (CDSI), also a Nevada licensed contractor, for services to be rendered by CDSI.  The taxpayer paid funds due under the contract directly to and only to CDSI.  Taxpayer did not make any payment to any individual engaged by CDSI, probably why the government cannot identify any individual.

CDSI treated its workers as independent contractors pursuant to a worker classification letter from the IRS.  The workers / independent contractors were bound to CDSI pursuant to written agreement.  This determination letter of CDSI was issued over a decade ago and was the industry-wide standard for drywall contractors.  Apparently unable to reverse its own decision with respect to the workers of CDSI, the government is reneging on its own determination for this industry by pursuing those that contracted with CDSI.

Thus, the government has erroneously determined that the workers of CDSI, bound to CDSI by contract, are employees of the subject taxpayer.  Further, the government refuses to recognize or grant relief under Section 530(a) to members of the drywall contractor industry pursuant to its own prior determination for CDSI.

In summary, this taxpayer is not an employer with respect to the contractual payments to CDSI and would be entitled to Section 530 relief in any event.