DANIEL G. BOGDEN
United States Attorney
District of Nevada
Carlos A. Gonzalez
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787
Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DESERT VALLEY PAINTING & DRYWALL<br>      Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>      Defendant. | Case No. 2:10-cv-00490-KJD-GWF |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of Lindsay Laurie Clayton to the Bar of this Court for the purpose of representing the defendant, United States of America, in the above-captioned litigation.

Lindsay Laurie Clayton is a member in good standing of the State Bar of California (Bar # 252802) and the State Bar of District of Columbia (Bar # 498418). She is an attorney employed by the United States Department of Justice, Tax Division, and her office is located in Washington, D.C..

1   Ms. Clayton can be served/contacted at the following
2   address:
3   Lindsay Laurie Clayton
    United States Department of Justice
4   Tax Division
    PO Box 683
5   Washington, D. C.  20044
    lindsay.l.clayton@usdoj.gov

7   It is respectfully requested that an order be issued
8   permitting Lindsay Laurie Clayton to practice before this court
9   in this action.

11  Dated: 18 Mar 2011.            Respectfully submitted,

12                                 DANIEL G. BOGDEN
                                   United States Attorney

14                                 //S// CARLOS A. GONZALEZ
                                   CARLOS A. GONZALEZ
15                                 Assistant United States Attorney

                                   IT IS SO ORDERED:

    Dated: March 21, 2011
                                   _____
                                   GEORGE FOLEY, JR.
                                   United States Magistrate Judge

2

1                          **CERTIFICATE OF SERVICE**

2        I certified that I electronically filed the foregoing

3   MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY (Lindsay

4   Laurie Clayton) with the Clerk of the Court using CM/ECF system,

5   which will automatically send email notification to the

6   following attorney of record:

7

8               George P. Kelesis
                Bailus Cook & Kelesis, Ltd.
9               400 South 4th Street
                Suite 300
10              Las Vegas, NV 89101
                gkelesis@bckltd.com
11

12

13

14                                   /s/   Carlos A. Gonzalez
                                    CARLOS A. GONZALEZ
15                                  Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

                                    3