DANIEL G. BOGDEN
United States Attorney
District of Nevada

MICHAEL G. PITMAN
LINDSAY L. CLAYTON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 305-7938
             (202) 307-2956
Facsimile:   (202) 307-0054
michael.g.pitman@usdoj.gov
lindsay.l.clayton@usdoj.gov
*Counsel for the United States of America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DESERT VALLEY PAINTING & DRYWALL, INC. | Civil No. 2:10-cv-0490-KJD-GWF |
| Plaintiff & Counterclaim Defendant, | |
| v. | ~~[PROPOSED]~~ ORDER |
| UNITED STATES OF AMERICA | |
| Defendant & Counterclaim Plaintiff. | |

The Court, having read and considered the United States' Motion for Withdrawal of Counsel, and for good cause shown, hereby GRANTS the United States' motion and ORDERS that Steven P. Johnson and Lee Perla may withdraw as counsel for the United States. The Clerk shall promptly remove Steven P. Johnson and Lee Perla from the Court's electronic registry in this case.

DATED this 30th day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge