GEORGE P. KELESIS, ESQ.
Nevada State Bar No. 000069
BAILUS COOK & KELESIS, LTD.
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: law@bckltd.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| DESERT VALLEY PAINTING & DRYWALL, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>―――――――――――――――――<br><br>UNITED STATES OF AMERICA,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>DESERT VALLEY PAINTING & DRYWALL, INC.<br><br>Counterclaim Defendant. | Case No. 2:10-CV-00490-KJD-GWF<br><br>[PROPOSED] ORDER EXTENDING BRIEFING ON PLAINTIFF'S MOTION FOR CLARIFICATION AND MOTION TO COMPEL, AND EXTENDING CASE DEADLINES |

The Court having read and considered the Stipulation for Extension of Briefing on Plaintiff's Motion for Clarification and Motion to Compel, and for Extension of Case Deadlines, and for good cause shown, the Motion is hereby GRANTED, and the hearing currently scheduled for July 5, 2012 at 10:30 a.m. is hereby vacated.

IT IS HEREBY ORDERED that:

1. Defendant/Counterclaim Plaintiff shall have until August 1, 2012 to identify by bates number those documents responsive to each of Plaintiff's Requests for

        Production, and to supplement its responses to Plaintiff's Interrogatory numbers 3, 10, 11, 12, 13, 14 and 17; Plaintiff's Request for Production numbers 2, 3, 4, 11, 12, and 14;

2. Plaintiff/Counterclaim Defendant shall have until August 15, 2012 to review the supplemental responses and notify Defendant's counsel and the Court which, if any, issues raised in its Motion will be withdrawn;

3. Upon receipt of the notification made pursuant to item 2 above, counsel for the Defendant/Counterclaim Plaintiff shall determine whether an amended/supplemental response to Plaintiff's motion will be file and notify opposing counsel of its decision within two business days;

4. Should Defendant/Counterclaim Plaintiff elect to do so, it shall file its amended/supplemental response to Plaintiff's motion, on or before August 31, 2012;

5. Plaintiff/Counterclaim Defendant shall have seven (7) days from service of any amended/supplemental response, or from notification that Defendant/Counterclaim Plaintiff will not file an amended/supplemental response, to file a reply in support of its motion.

6. Plaintiff/Counterclaim Defendant shall vacate the deposition of the government's 30(b)(6) witness, scheduled for July 17, 2012, until such time as the issues raised in its motion have been resolved either by agreement or on Order of this Court.

It is FURTHER ORDERED that the case deadlines be extended, and the following matters are scheduled and may not be changed without a showing of good cause and Court approval.

| | |
|---|---|
| Discovery Cut-Off Date | November 21, 2012 |
| FED. R. CIV. P. 26 (a)(2) Disclosures (Rebuttal Experts) | October 22, 2012 |
| Dispositive Motions | January 7, 2013 |

Pre-trial Order                                         February 4, 2013

In the event dispositive motions are filed, the date for filing the proposed joint pre-trial Order shall be suspended until thirty (30) days after decision of the dispositive motion or further Order of the Court.

DATED this  29th  day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE